[822 NYS2d 871]

In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A, Respondents. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, October 12, 2006

**APPEARANCES OF COUNSEL**

*Thomas J. Cahill, Chief Counsel, Departmental Disciplinary Committee*, New York City (*Paul J. Curran* of counsel), for petitioner.

No appearances for respondents.

**OPINION OF THE COURT**

Per Curiam.

Section 468-a of the Judiciary Law requires every resident

and nonresident attorney admitted to practice in the State of New York to file a biennial registration statement with the administrative office of the courts. A biennial registration fee must be paid at the time the statement is filed. This registration statement, which is mailed every two years by the Office of Court Administration to every attorney so admitted, must be timely filed and the fee paid regardless of whether the attorney is actually engaged in the practice of law in New York or elsewhere. Attorneys who certify to the Chief Administrator of the Courts that they have retired from the practice of law are exempt from paying the registration fee at the time the statement is filed. Subdivision (5) of the statute provides further that "[n]oncompliance by an attorney with the provisions of this section and the rules promulgated hereunder shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division of the supreme court for disciplinary action."

Pursuant to this provision, petitioner Departmental Disciplinary Committee seeks an order suspending from the practice of law certain attorneys (whose last name begins with the letters A through D) who are in violation of the statute, in that they have failed to file the registration statement and pay the registration fee for one or more registration periods after due notification. This is the first in a series of motions to suspend attorneys who have failed to file biennial registration statements with the Office of Court Administration. This Court has previously held that failure to register or reregister, and pay the biennial registration fee constitutes professional misconduct warranting discipline (*see Matter of Pierini*, 21 AD3d 42 [2005]). Between 1997 and 1999 this Court granted similar motions and suspended attorneys for such failure to register or reregister, and pay the registration fee pursuant to Judiciary Law § 468-a (*see Matter of Attorneys in Violation of Judiciary Law § 468-a*, 257 AD2d 127 [1999]).

The attorneys in question have been duly notified of their noncompliance and given an opportunity to cure their default. The Office of Court Administration mailed each of the defaulting attorneys a biennial registration form to their last known home address, a second notice to their last known business address, and a final notice to their home address. Attorneys who remained in default following these three notices were referred to the Disciplinary Committee, which mailed a notice to the subject attorney that failure to register and pay past registration fees within 30 days would constitute grounds for suspen-

sion. More than 30 days after the deadline, a list of the names of approximately 906 defaulting attorneys was compiled by OCA and forwarded to the Committee. The Committee then filed its motion for service by publication of the notice of petition to suspend.

Pursuant to the order of this Court entered May 25, 2006 (M-1856), a list of the names of the defaulting attorneys along with their last known business addresses was published in The New York Law Journal for five consecutive days commencing June 8, 2006.

Accordingly, due to the continued failure to comply with the statute, petitioner's motion to suspend such attorneys shall be granted to the extent of suspending from the practice of law in the State of New York those attorneys whose names are enumerated in the attached schedule, effective 30 days from the date of this order, and until further order of this Court.

MAZZARELLI, J.P., SAXE, NARDELLI, WILLIAMS and MALONE, JJ., concur.

Attorneys whose names are enumerated in the schedule attached to the opinion Per Curiam suspended from the practice of law in the State of New York, effective November 13, 2006, and until the further order of this Court, as indicated. [As amended by unpublished orders entered Oct. 26, 31, Nov. 9, 13, 14, Dec. 5, 7, 2006, and Jan. 16, 2007.]

| NAME | LAST REGISTERED ADDRRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Aaron, Avrum | Gerber Capital Management, Inc. 900 Third Avenue New York, NY 10022 | 09/18/1995 | 1 |
| Aaronson, David | 16 W 76 St New York, NY 10023 | 03/16/1981 | 1 |
| Aaronson, Neil Richard | Ing Baring Furman Selz 55 East 52nd Street New York, NY 10055 | 07/26/2000 | 1 |
| Abaya, Araby | 1177 6th Avenue New York, NY 10036 | 07/10/2000 | 1 |
| Abbandando, Lawrence C. | The Legal Aid Society Criminal Defense Div 1020 Grand Concourse Bronx, NY 10451 | 10/06/1997 | 1 |
| Abdelhak, Aaron | Skadden, Arps, Slate, Meagher & Flom LLP 919 Third Ave New York, NY 10022 | 07/26/1993 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Abe, Kari Keiko | G/F 325 Tai Hang Road<br>Hong Kong, China | 07/17/1989 | 1 |
| Abraha, Ande | Ande Abraha<br>379 Valley Road<br>West Orange, NJ 07052 | 08/16/1993 | 1 |
| Abraham, Susan Jane | Office of the Appellate Defender<br>45 W 45th St, 7th Floor<br>New York, NY 10036 | 06/18/1984 | 1 |
| Abramow, Jill A. | 500 East 77th Street, #1535<br>New York, NY 10162 | 04/15/1985 | 1 |
| Abrams, Evan R. | Evan R. Abrams, Esq.<br>PO Box 811659, #15P<br>Boca Raton, FL 33481 | 08/28/1989 | 1 |
| Abrams, Neill | Goldman Sachs International<br>Peterborough Court<br>133 Fleet Street, EC4A2BB<br>London, England | 11/01/1993 | 1 |
| Abrams, Steven Ira | Morrison Cohen Singer & Weinstein, LLP<br>750 Lexington Avenue, 8th Floor<br>New York, NY 10022 | 06/22/1992 | 1 |
| Abrams, William | Donaldson Lufkin & Jenrette<br>277 Park Avenue<br>New York, NY 10172 | 05/06/1991 | 1 |
| Abramson, Gayle Felice | 1365 York Avenue<br>New York, NY 10021 | 08/23/1995 | 2 |
| Acevedo, Samuel | Boston Higher Education Resource Center<br>68 Northampton St.<br>Boston, MA 02118 | 11/21/1994 | 1 |
| Ackerman, Beth Laurie | 300 Central Park West, Apt 7D-1<br>New York, NY 10024 | 02/07/1983 | 1 |
| Ackerman, James Curtis | James C Ackerman Esq<br>2 Executive Drive<br>Fort Lee, NJ 07024 | 02/03/1986 | 1 |
| Ackerman, Kenneth J. | Kenneth J. Ackerman, Esq.<br>PO Box 30216<br>Pens, FL 32503 | 04/13/1970 | 1 |
| Ackert, George R. | Skadden, Arps, Slate, Meagher & Flom LLP<br>919 Third Avenue<br>New York, NY 10022 | 03/25/1996 | 1 |
| Acosta–Rua, Gaston Jose | Chemical Bank<br>270 Park Ave<br>New York, NY 10017 | 12/08/1993 | 2 |
| Acuna, Frank R. | Frank R Acuna Esq<br>4722 Sunfield Ave<br>Long Beach, CA 90808 | 07/27/1987 | 1 |
| Adams, Douglas Maxwell | 77 East 12th St, Apt 15A<br>New York, NY 10003 | 09/21/1992 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Adams, Richard Nicholson | Richard N Adams 52 Nod Hill Road Ridgefield, CT 06877 | 06/19/1978 | 1 |
| Adir, Tali | Tali Adir 235 W 48th St, Suite 33-C New York, NY 10036 | 08/12/1991 | 1 |
| Adler, David Yale | David Y Adler Scotia McLeod Inc 100 Wellington St West, 32nd FL Toronto Ont M5K 1M2, Canada | 06/18/1990 | 1 |
| Adler, James Louis | Squire Sanders & Dempsey 40 North Central Avenue, Suite 2700 Phoenix, AZ 85004 | 03/23/1953 | 1 |
| Adler, Kevin Edward | Ernst & Young 787 7th Avenue New York, NY 10019 | 01/10/1994 | 1 |
| Adwar, Gary Scott | Kaslow Abramoff & Adwar 1875 Century Park E, Ste 700 Los Angeles, CA 90067 | 02/29/1988 | 1 |
| Affleck, Arthur G. | 7 Old Towne Place Unit C-204 Durham, NC 27713 | 10/29/1990 | 1 |
| Agudosi, Hester Herring | Manhattan D.A.'s Office One Hogan Place New York, NY 10013 | 06/12/1991 | 2 |
| Aguilar, Monica | Vitago Ottostrabe 5, 80333 Munich, Germany | 09/14/1999 | 1 |
| Ahola, Aaron Paul | Ropes & Gray One International Place Boston, MA 02110 | 08/07/1995 | 1 |
| Aiello, Eugenia Marie | Bronx District Attorney 198 East 161st Street, 5th Floor Bronx, NY 10451 | 09/24/1998 | 1 |
| Ainslie, Ruth W. | International Swaps and Derivatives Association 600 5th Ave New York, NY 10020 | 03/19/1979 | 1 |
| Ajalat, Susan Carole | Vedder, Price, Kaufman, Kammholz & Day 805 3rd Ave New York, NY 10022 | 06/29/1993 | 1 |
| Akeju, Kathleen Omavuaye | 436 West 52nd Street New York, NY 10019 | 03/22/1999 | 1 |
| Alarco, Luis Alberto O.P. | 4533 Kennedy Blvd North Bergen, NJ 07047 | 12/04/1989 | 1 |
| Albanese, Paul C. | DC-37 Municipal Employees Legal Services Plan 125 Barclay St New York, NY 10007 | 01/30/1985 | 2 |

| NAME | LAST REGISTERED ADDRRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Albert, Brian Gregory | Akin, Gump, Strauss, Hauer & Feld 590 Madison Avenue, 20th Floor New York, NY 10022 | 12/11/1995 | 1 |
| Albert, Craig B. | Tacone Partners LLC 4223 Glencoe Avenue Suite B-103 Marina Del Rey, CA 90292 | 02/04/1991 | 1 |
| Albert, Heidi Malman | Morgan Stanley 1485 Broadway New York, NY 10022 | 09/15/1997 | 1 |
| Albert, Judith Diane | Bear Stearns & Co. 245 Park Ave New York, NY 10167 | 11/14/1979 | 2 |
| Albert, Karen Lori | Skadden Arps Slate Meagher & Flom LLP 919 Third Avenue New York, NY 10122 | 03/21/1988 | 1 |
| Albertorio, Roberto | PO Box 90351 Albuquerque, NM 87199 | 06/16/1980 | 1 |
| Albright, Donna Jean | Federal Deposit Insurance Corp 101 E River Drive E Hartford, CT 06128 | 02/02/1981 | 1 |
| Albright, Harry W. | Harry W. Albright Jr Esq. One Rockefeller Plaza, Suite 1002 New York, NY 10020 | 03/12/1953 | 3 |
| Aldor, Leslie Robert | Leslie Aldor 19 Ireland St West Melbourne, Australia, 3003 | 12/01/1987 | 1 |
| Alegre, Daniel Inaki | B M G Centro America PO Box 1675—1002 Jose Costa Rica San Jose, Costa Rica | 11/10/1998 | 1 |
| Alegria, Joseph John, II | Ehlein & Nason North Main Street Natick, MA 01760 | 12/07/1987 | 1 |
| Alevy, Stacy Suzanne | Building Service 32B-J Legal Services Fund 101 Avenue of the Americas, 16th FL New York, NY 10025 | 12/01/1992 | 3 |
| Alexander, Lisa Axt | Fox Rothschild O'Brien & Frankel 2000 Market St, 10th Floor Philadelphia, PA 19103 | 08/25/1986 | 1 |
| Alexis, Agnes Karen | Alexis Agnes Karen Deposit Insurance Corp Legal Div 550 17th Street NW, Room H-607 Washington, DC 20429 | 03/19/1985 | 1 |
| Alfano, Patrice Christine | Nancela Corp. 136 E 57th St, Suite 1001 New York, NY 10022 | 04/25/1990 | 2 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Alger, Christopher R. | Sutherland, Asbill & Brennan 1270 Avenue of the Americas New York, NY 10020 | 08/12/1991 | 1 |
| Alibhai, Yasmin | Chase Manhattan Bank 380 Madison Avenue, 9th Floor New York, NY 10017 | 06/03/1996 | 1 |
| Alkalay, Rachel | Sidley Austin Brown & Wood LLP 787 7th Ave. New York, NY 10019 | 10/26/1998 | 1 |
| Allegrucci, Lisa J. | Leahey & Johnson, P.C. 120 Wall Street, 22nd Floor New York, NY 10005 | 03/23/1994 | 2 |
| Allen, James Patrick | James Allen 30 Dudley Ave. Venice, CA 90291 | 06/14/1993 | 1 |
| Allen, Thomas Adrian | Thomas A. Allen 225 Broadway, Suite 700 New York, NY 10007 | 06/30/1993 | 2 |
| Allen, William Robert | Administration for Children's Services 220 Church Street New York, NY 10013 | 02/28/2000 | 1 |
| Allentuch, Simon I | Neubert, Pepe & Monteith, P.C. 195 Church Street, 13th FL. Newhaven, CT 06510 | 11/21/1994 | 1 |
| Alleva, John Joseph | John Joseph Alleva Esq, 15 Maiden Lane, Suite 1305 New York, NY 10038 | 01/31/1994 | 1 |
| Allison, Stephen Arthur | Wildman, Harrold, Allen & Dixon 225 West Wacker Drive, Suite 2800 Chicago, IL 60606 | 04/15/1985 | 1 |
| Allison, Susan | Jeffer Mangels Butler & Marmaro LLP 2121 Avenue of the Stars, 10th Floor Los Angeles, CA 90067 | 03/17/1980 | 1 |
| Allison, Tracey Marie | Thelen Reid & Priest LLP 40 West 57th Street New York, NY 10019 | 01/12/1998 | 1 |
| Almodovar, Maricarmen | Almdavar Diaz Law Office GPO Box 363871, 9th FL San Juan, PR 00936 | 11/04/1991 | 1 |
| Alon, Daniel Aaron | 1 Hayarkarim Street Ramot Hashavim Israel | 07/12/1993 | 1 |
| Alonso, Maria–Luisa | Clifford Chance Paseo De La Castellana 110 Madrid, 28046 Spain | 11/22/1993 | 1 |
| Alpert, Ethan | Herman Alpert & Co. Inc. PO Box 8778 New Haven, CT 06531 | 04/13/1987 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Alsop, Robert Austin | Bank of America NT & SA Legal Department 3017 555 So Flower St 9th FL Los Angeles, CA 90071 | 03/15/1976 | 1 |
| Altman, Jennifer Anne | 55 East 87th St, #2M New York, NY 10128 | 07/18/1994 | 1 |
| Alvarez, Alexander | State of Florida, Department of Children & Families 210 North Palmetto Ave., Suite 412 Daytona Beach, FL 32114 | 09/30/1985 | 1 |
| Alvarez–Gayou, Guy | Law Journal Extra 345 Park Avenue South New York, NY 10010 | 03/20/1995 | 1 |
| Ambrose, Christopher | The Door 121 Sixth Avenue New York, NY 10013 | 10/30/1989 | 1 |
| Amiel, Meir David | Meir Amiel Esq 155 East 29th St, Apt 9A New York, NY 10016 | 12/03/1990 | 1 |
| Ampadu Fofie, Alfred Kofi | Alfred K.A. Fofie 45 John Street, Suite #500 New York, NY 10038 | 12/05/1988 | 1 |
| Ampadu–Fofie, Janet | Janet Ampadu-Fofie, Esq. 30 Central Ave., Ste. 2A, Room 325 Newark, NJ 07102 | 11/21/1994 | 1 |
| Amster, John Albert | Weil, Gotshal & Manges LLP 767 Fifth Ave New York, NY 10153 | 02/27/1996 | 1 |
| Andersen, Arthur | Hartz Mountain Corp 700 S 4th St Harrison, NJ 07029 | 10/16/1952 | 1 |
| Anderson, Andrew B., III | A Broadus Anderson III PC 17 State Street, 14th Floor New York, NY 10004 | 06/14/1983 | 1 |
| Anderson, Donald W. | Brenner Saltzman & Wallman 271 Whitney Avenue New Haven, CT 06511 | 01/29/1973 | 1 |
| Anderson, Gregory S. | Nomura Securities 2 World Financial Center, Building B New York, NY 10281 | 02/29/1988 | 1 |
| Anderson, Roy Kirchman | c/o Myers Fletcher and Gordon Park Place 21 East Street Kingston Jamaica, WI | 10/29/1990 | 1 |
| Andro, Marguerite Marie | 401 W 45th St, #4D New York, NY 10036 | 01/20/1981 | 3 |
| Anfang, Stephen Frederick | Stephen Anfang 110 Greene St New York, NY 10012 | 03/31/1970 | 2 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Anisko, Renee Ann | Cadwalader, Wickersham & Taft 100 Maiden Lane New York, NY 10038 | 03/04/1996 | 1 |
| Annicelli, Michael J. | Salamon Smith Barney Inc. 40 W 57th St New York, NY 10019 | 01/12/2000 | 2 |
| Annunziato, Edward S. | Merrill Lynch & Co 25 Ropemaker Place London, England | 05/04/1981 | 1 |
| Antony, Michael Greg | AIG 70 Pine St New York, NY 10270 | 10/06/1982 | 2 |
| Anwar, Parwana | 305 E 24th St, #8M New York, NY 10010 | 11/16/1998 | 1 |
| Appenzeller, Jurg Hans | Homburger Rechtsamwalte Weinbergstrasse 56158 8006 Zurich, Switzerland | 09/10/1996 | 1 |
| Applegate, Sharon B. | Weil Gotshal & Manges 767 Fifth Ave, Rm 3110 New York, NY 10153 | 11/04/1985 | 1 |
| Apuzzi, Edward | Condon & Forsyth 1251 Avenue of the Americas New York, NY 10020 | 05/17/1993 | 1 |
| Arana, Carmen Luisa | Arana & Arana 299 Broadway, Suite 1800 New York, NY 10007 | 08/28/1990 | 3 |
| Archer, Shirley Sugimura | Kisaragi Inc 5000 Moss Lane Loomis, CA 95650 | 04/11/1988 | 1 |
| Arellano, Gladys M. | 125 East 63rd St, Apt 2D New York, NY 10021 | 11/21/1994 | 1 |
| Arena, Ronald David | Frankfurt Carbus Kunt Klein & Selz 488 Madison Ave New York, NY 10022 | 02/02/1998 | 1 |
| Arenas, Sandra G. | NYS Department of Law 163 W 125th Street New York, NY 10027 | 08/12/1991 | 1 |
| Aretz, Edward Michael | Markka International 47 W 57th St New York, NY 10019 | 03/21/1988 | 1 |
| Armour, Catherine Ann | Allen Allen and Hemsley The Chifley Tower 2 Chifley Square, South Wales 2000 New Zealand | 03/27/1989 | 1 |
| Arnedt, Andrew Tyson | Seward & Kissel One Battery Park Plaza New York, NY 10004 . | 01/08/1997 | 2 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Arnow, Rachel Stephanie | Drinker Biddle & Reath 1345 Chestnut St, Ste 1100 Philadelphia, PA 19107 | 01/13/1997 | 1 |
| Aronskind, Ofer | Weil Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 03/07/1990 | 2 |
| Aronson Stern, Erika L. | O'Melveny & Myers 153 East 53rd Street New York, NY 10013 | 03/16/1999 | 1 |
| Arslanian, George Sarkis | George S. Arslanian Jr. 117 E. 57th St, 34F New York, NY 10022 | 12/09/1963 | 4 |
| Artson, Elana Shavit | US Atty Central Distr of California 600 W Santa Ana Blvd Santa Ana, CA 92701 | 04/07/1987 | 1 |
| Arumugam, Usha Qurratulayn | TWI (UK) Axis Centre, Burlington Lane W4 2th, Unite London, England | 05/22/2000 | 1 |
| Asante, Kofi Darko | Paul Weiss Rifkind Wharton & Garrison 1285 Avenue of the Americas New York, NY 10019 | 07/19/1995 | 2 |
| Asawawattanaporn, Pornchai | 270 Avenue of the Americas, Apt #34 New York, NY 10014 | 07/08/1997 | 1 |
| Aschkenasy, Jill Blank | New York County District Attorney's Office 1 Hogan Place New York, NY 10013 | 11/25/1996 | 1 |
| Asher, Robert Harrison | Robert H Asher, Attorney at Law 784 Park Ave New York, NY 10021 | 12/18/1959 | 2 |
| Ashford, Kenneth Richard | Ziegler Ziegler & Altman 750 Lexington Ave New York, NY 10022 | 04/27/1994 | 2 |
| Ashley, Susan Amy | 200 West 86th St, Apt 12D New York, NY 10024 | 03/25/1992 | 2 |
| Ashman, Jill Hertz | c/o Ashman & Griffin 60 E 42nd St, 47th Floor New York, NY 10165 | 03/22/1989 | 2 |
| Asofsky, Dean Shepard | Credit Suisse First Boston 600 Travis Suite 3030 Houston, TX 77002 | 07/12/1993 | 1 |
| Astorino, Richard T. | Carson & Astorino 3 AAA Drive, Suite 102 Trenton, NJ 08691 | 01/18/1982 | 1 |
| Auerbach, Neil Z. | Morgan Stanley & Co Inc./Tax Dept. 1251 Avenue of the Americas, 21st FL New York, NY 10020 | 05/30/1984 | 2 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Augarten, David Neil | Tishman Speyer Properties 520 Madison Avenue, Room 640 New York, NY 10022 | 12/03/1984 | 1 |
| Austin, Zennette Astra Elizabeth | 1010 Orleans Avenue New Orleans, LA 70116 | 07/21/1987 | 1 |
| Auychai, Suparerk | White & Case 601 Thirteenth St, N.W., Suite 600 South Washington, DC 20005 | 10/22/1996 | 1 |
| Awori, Taaka Kpanafata | Associates for Change PO Box 9627 Kampala, Uganda | 08/08/1994 | 1 |
| Axel, Aaron Howard | Daily News, L.P. 450 W 33rd St, 3rd Floor New York, NY 10001 | 01/08/1997 | 2 |
| Ayers, John L. | O'Sullivan Graev & Karabell 30 Rockefeller Plaza New York, NY 10112 | 10/29/1990 | 1 |
| Ayres, Christopher John | Amahoro Advocacy Clinic & Shelter, Inc. 872 Massachusetts Avenue, Suite 2-2 Cambridge, MA 02139 | 10/07/1996 | 1 |
| Aznavoorian, Vartan II | Vartan Aznavoorian 201 E 69th Street, #6K New York, NY 10021 | 03/04/1996 | 1 |
| Bacharach, Karen | Karen Bacharach Esq 1539 4 Street New Orleans, LA 70130 | 11/09/1981 | 1 |
| Bacus, Andrew Preston | Andrew P Bacus Esq, Attorney at Law 124 E 40th Street, Suite 903 New York, NY 10016 | 03/02/1987 | 1 |
| Bae, Jade Yoo | Armienti & Brooks, P.C. 1 Battery Park Plaza New York, NY 10004 | 03/23/1998 | 1 |
| Baer, Adell Demko | 4693 Via Bendita Santa Barbara, CA 93110 | 12/03/1973 | 1 |
| Baeza, Ana Maria | Cariola & Cia Sargent & Krahn Moneda 970-Piso 11 Santiago, Chile | 06/01/1992 | 1 |
| Baffoe–Bonnie, Sandra Akosua | Integrey East Coast CPC 41-54 East 11th Street, 6th Floor New York, NY 10003 | 07/18/1994 | 1 |
| Bagan, David Benjamin | Sam Racer, Esq. 250 West 57th Street, Suite 917 New York, NY 10107 | 03/10/1997 | 1 |
| Bagherzadeh, Ali | 200 East 69th Street, Apt No 9B New York, NY 10021 | 02/04/1991 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Bahrami, Nina | Research Institute of America 910 Sylvan Avenue Englewood Cliffs, NJ 07632 | 09/20/1993 | 1 |
| Bai, Wei | Sullivan & Cromwell 125 Broad St New York, NY 10004 | 05/18/1998 | 1 |
| Bailey, John R. | John R Bailey 9 Sylvan Way, Suite 250 Parsippany, NJ 07054 | 06/28/1965 | 1 |
| Bailey, Theresa Denise | Prudential Insurance Company 751 Broad Street Newark, NJ 07102 | 02/28/1983 | 1 |
| Bain, Alan Lind | World Wide Business Center Inc 575 Madison Avenue New York, NY 10022 | 06/23/1967 | 1 |
| Baker, Robert B. | Decof & Grimm One Smith Hill Providence, RI 02903 | 04/10/1990 | 1 |
| Balban, Steven | Steven Balban Esq 453 FDR Drive, 1105-C New York, NY 10002 | 08/12/1980 | 1 |
| Balboa, Marie Mabel | 860 Fifth Ave New York, NY 10021 | 03/26/1962 | 1 |
| Ballan, Laura Suzanne | Matthew Bender & Co. 2 Park Avenue New York, NY 10016 | 05/04/1998 | 1 |
| Ballance, Vershenia M. | District Attorney's Office 505 E Main St, P.O. Box 189 Murfreesboro, NC 27855 | 09/16/1996 | 1 |
| Ballen, Kenneth | 3217 Macomb St NW Washington, DC 20008 | 01/12/1981 | 1 |
| Band, Nora Helaine | 25 Varnum Lane Manalapan, NJ 07726 | 05/07/1984 | 1 |
| Bannett, Sybil D. | Sybil Bannett, Esquire 375 Hillside Place South Orange, NJ 07079 | 03/14/1977 | 1 |
| Banta, Marion | McAvoy & Banta 322 E 86th St New York, NY 10028 | 06/10/1991 | 1 |
| Baraf, Robert Alan | Insignia/Esg, Inc. 200 Park Ave New York, NY 10166 | 06/24/1970 | 2 |
| Barak–Lotenberg, Michal | Skadden Arps Slate Meagher & Flom LLP Four Times Square New York, NY 10036 | 01/10/2000 | 1 |
| Barber, Steven Edward | Law Office of Steven E. Barber 257 Central Park West, Apt 11-E New York, NY 10024 | 02/06/1995 | 1 |

| NAME | LAST REGISTERED ADDRRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Barbera, Thomas J. | Law Office of Thomas J. Barbera<br>PO Box 406<br>Gretna, LA 70053 | 07/27/1987 | 1 |
| Bardey, Robert Simon | Robert Bardey<br>635 Madison Avenue<br>New York, NY 10022 | 12/10/1962 | 1 |
| Barlow, Harry George | 71 West 43 St<br>Bayonne, NJ 07002 | 08/23/1979 | 1 |
| Barnes, Frances Agatha | Phoenix Traders Inc<br>PO Box 5363<br>Winter Park, FL 32793 | 07/26/1982 | 1 |
| Barnes, Nicholas Peter | Nicholas P. Barnes<br>2603 McEwan Rd KPN<br>Lakebay, WA 98349 | 06/25/1991 | 1 |
| Barnhart, Deborah Anne | 70 E 93rd St, Apt 1B<br>New York, NY 10128 | 08/06/1990 | 1 |
| Baron, Randy Philip | 252 East 89th Street, #3C<br>New York, NY 10128 | 07/17/1989 | 1 |
| Baronoff, William | The Cit Group Holdings Inc<br>1211 Avenue of the Americas<br>New York, NY 10036 | 12/21/1956 | 2 |
| Barr, David | Gay Men's Health Crisis<br>129 West 20th Street<br>141 Livingston St<br>New York, NY 10011 | 06/15/1987 | 1 |
| Barraclough, Dana Fleetman | Dana F. Barraclough Esq<br>20301 Bloffside Circle, #204<br>Huntington Beach, CA 92646 | 11/26/1979 | 1 |
| Barrett, Jane E. | AIG-TS<br>80 Pine St<br>New York, NY 10005 | 03/02/1992 | 1 |
| Barrett, Kathryn Anne | Kathryn Anne Barrett Esq<br>212 W Broad St<br>Bethlehem, PA 18018 | 07/07/1986 | 1 |
| Barrett, Lisa L. | Attorney General's Office<br>109 State St, Second Floor<br>Montpelier, Vt 05602 | 02/22/1971 | 1 |
| Barrett, Michael A. | Perkins Coie LLP<br>1201 Third Ave, 45th Flr<br>Seattle, WA 98101 | 12/02/1985 | 1 |
| Barringer, Ian Walter | Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022 | 07/20/1992 | 1 |
| Barry, Daniel Joseph | Risk and Insurance Management Society, Inc.<br>655 3rd Ave<br>New York, NY 10017 | 03/04/1992 | 2 |
| Barry, Henry Vincent | Cooley Godward Etal<br>Five Palo Alto Square<br>Palo Alto, CA 94306 | 06/04/1984 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Barry, Kevin Matthew | US Small Business Administration 26 Federal Plaza, Room 3100 New York, NY 10278 | 03/07/1990 | 2 |
| Barry, Kristin Marie | Cassin Cassin and Joseph 300 E 42nd Street New York, NY 10017 | 03/24/1993 | 2 |
| Barry, Michael Procter | Bankers Trust 280 Park Ave New York, NY 10017 | 12/03/1984 | 1 |
| Barstow, Alice Oram | Alice O. Barstow Esq 517 W 113th St, Apt 45 New York, NY 10025 | 03/25/1991 | 1 |
| Bartok, Michael F. | Paramount Communications Inc 15 Columbus Circle New York, NY 10023 | 03/26/1985 | 3 |
| Bartolo, Joseph Charles | Kreitzer & Vogelman 275 Madison Ave, Ste 900 New York, NY 10016 | 04/14/1993 | 2 |
| Barton, Howard | Paramount Pictures Corp 5555 Melrose Avenue Hollywood, CA 90038 | 11/26/1951 | 1 |
| Barton Reeves, Andrea | 14 Chelsea Lane Windsor, CT 06095 | 03/02/1998 | 1 |
| Basri, Nancy Silver | Atlantic Coast Gastroenterology 1944 Corlies Avenue Neptune, NJ 07753 | 08/12/1991 | 1 |
| Bassett, Jonathan D. | Van Lierop Burns & Bassett, LLP 320 Convent Avenue New York, NY 10031 | 01/12/1998 | 1 |
| Bastedo, Wayne Webster | Wayne W. Bastedo, Esq., Attorney at Law Riviea Towers Ste 26-D 6040 Boulevard East West New York, NJ 07093 | 07/07/1980 | 1 |
| Bastiancich, Soledad | Davis Polk & Wardell 450 Lexington Avenue New York, NY 10017 | 03/01/1993 | 1 |
| Baston, Michael Anthony | Dougherty & Associates 477 Madison Avenue, 21st Floor New York, NY 10022 | 06/30/1998 | 2 |
| Bastone, Luana | Zane and Rudofsky 152 West 57th Street, 7th Floor New York, NY 10019 | 09/27/1999 | 1 |
| Bates, Joseph Derwin | Chase Manhattan Bank 450 W 33rd St, 15th Fl. Structured Finance Services New York, NY 10001 | 09/23/1997 | 3 |
| Batievsky, Henry | American Equity Properties, Inc. 19495 Biscayne Blvd, Suite 600 Aventura, FL 33180 | 08/10/1992 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Bauer, Lisa Natalie | 155 West 68th Street, Apt #164 New York, NY 10023 | 03/02/1998 | 1 |
| Bauer, Martin R. | The Bauer Company 9465 Wilshire Blvd, Suite 460 Beverly Hills, CA 90212 | 02/14/1972 | 1 |
| Bauer, Steven Sascha | Epstein, Levinsohn, Bodine 1790 Broadway New York, NY 10019 | 10/26/1999 | 1 |
| Baum, Ann | Ann Baum 99 Summer St Boston, MA 02110 | 12/23/1968 | 1 |
| Bauman, Andrew Robin | Andrew R. Bauman, Vice President-General Counsel Miles Properties, Inc. 3379 Peachtree Road, N.E., Suite 500 Atlanta, GA 30326 | 11/19/1996 | 1 |
| Baumblatt, Stanley | Merrill Lynch & Co. Inc. 225 Liberty Street, 6th Floor New York, NY 10080 | 11/21/1977 | 1 |
| Baxter, John Andrew | Goddard Ronan & Dineen, P.C. 201 East 42nd Street New York, NY 10017 | 10/01/1996 | 1 |
| Bayard, Victoria A. | 489 West 22nd Street, Apt 1 New York, NY 10011 | 07/17/1989 | 1 |
| Bayer, Andrea | Andrea Bayer RR1 Box 1946 Hinesburg, VT 05461 | 01/08/1980 | 1 |
| Bayer, Peter Brandon | EEOC US Govt System PLMS 2401 E St NW Washington, DC 20408 | 03/19/1979 | 1 |
| Bayroff, Jodi Ryse | 955 South Springfield Avenue Townhouse 906 Springfield, NJ 07081 | 12/05/1988 | 1 |
| Bazer, Andrea | Wilwntz, Goldman & Spitzer 90 Woodbridge Center Drive Woodbridge, NJ 07095 | 07/20/1992 | 1 |
| Beach, James Mark | Proskauer Rose LLP 1585 Broadway New York, NY 10036 | 09/27/1999 | 1 |
| Beal, George Max | Perkins Coie Stone Olsen & Williams 1900 Washington Bldg Seattle, WA 98101 | 06/20/1979 | 1 |
| Bearrows, Thomas Robert | University of Illinois 1737 W. Pak Street, 405 AOB Chicago, IL 60601 | 11/22/1993 | 1 |
| Bech, Alexandra | Norsk Hydro USA, Inc. 800 Third Avenue New York, NY 10022 | 01/23/1995 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Becker, Jeffrey A. | Jeffrey A Becker Esq 1340 N Dearborn, Ste 2AB Chicago, IL 60610 | 04/11/1983 | 1 |
| Becker, Jo Ellen Markell | Ernst & Young, LLP 750 Seventh Avenue New York, NY 10019 | 09/16/1996 | 1 |
| Becker, Marilyn Baumel | Leboeuf Lamb Leiby & Macrae 520 Madison Ave New York, NY 10022 | 08/28/1989 | 1 |
| Becker, Marla Stacey | Latham & Watkins 885 Third Ave, Suite 1000 New York, NY 10022 | 09/13/1989 | 2 |
| Becker, Michael Jeffrey | Kravitz and Becker 51 Chambers Street, Suite 1211 New York, NY 10007 | 02/10/1975 | 1 |
| Becker, Naneen S. | Naneen S, Becker Esq 239 E 79th St, #16B New York, NY 10021 | 12/05/1988 | 1 |
| Becker, Wayne Bryant | International Management Group 22 East 72nd St New York, NY 10021 | 07/01/1986 | 1 |
| Beckerman, Jeffrey Scott | Beckerman & Beckerman, Esqs. 76 South Orange Avenue, Suite 205 South Orange, NJ 07079 | 02/06/1984 | 1 |
| Beckert, Michael Foster | Rogers & Wells, LLP 200 Park Avenue, #4B New York, NY 10166 | 05/23/1989 | 3 |
| Beckford, Ernest R. | Poyner & Spruill 3600 Glenwood Avenue PO Box 10096 Raleigh, NC 27605 | 11/03/1986 | 1 |
| Beckmann, Deborah Elaine | Sullivan & Cromwell 125 Broad Street New York, NY 10004 | 12/11/1995 | 1 |
| Bedor, Richard | Bedor Development & Const, Inc. 11 East 80th St New York, NY 10021 | 07/29/1981 | 2 |
| Beekmann, Harri | Lepik & Luhaaar Dunkri 7 Tallinn Estonia EE0001 | 11/24/1997 | 1 |
| Beesley, Steven Alan | S Alan Beesley Law Corporation 864 Greenchain St V52326 Vancouver, Canada | 11/19/1991 | 1 |
| Beil, Elizabeth Amy | Battle Fowler LLP 75 East 55th Street New York, NY 10022 | 08/03/1998 | 1 |
| Beispel, Steven Ronald | Lehman Brothers 3 World Financial Center New York, NY 10285 | 08/22/1983 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Belevich, Joanne Therese | Ahmuty, Demers & McManus 123 William Street New York, NY 10038 | 01/14/1998 | 2 |
| Belger, David Charles | Office of the State Inspector Geneeral One Park Place New York, NY 10016 | 04/12/1999 | 1 |
| Belkadi, Hamida | Cartier Inc. 725 Fifth Avenue New York, NY 10022 | 01/30/1991 | 2 |
| Bell, Daniel L. | .Columbia Gas System Service Corpora- tion 20 Montchanin Road Wilmington, DE 19807 | 12/05/1955 | 1 |
| Bell, Lawrence Craig | Lawrence C. Bell 85 Main Street Hackensack, NJ 07601 | 06/20/1979 | 1 |
| Beller, Iris Linda | 80 Wall St Ste 715 New York, NY 10005 | 05/05/1976 | 2 |
| Bellis, Nancy Karen | Schiff Hardin & Waite 7200 Sears Tower Chicago, IL 60606 | 04/12/1982 | 1 |
| Belton, Augustine J. | Brown Brothers Harriman & Co 59 Wall St New York City, NY 10005 | 12/12/1966 | 1 |
| Benard, James A. | James A Benard 150 Broadway New York, NY 10038 | 04/05/1965 | 4 |
| Benatar, Elise | 2717 Seville Blvd, Apt 9-108 Clearwater, FL 34624 | 08/28/1989 | 1 |
| Bender, Ellen Friedman | 70 East 10th Street, Apt 17A New York, NY 10003 | 08/06/1990 | 1 |
| Bender, Lisa J. | Lisa J. Bender 4501 Connecticut Avenue N.W., Apt No 723 Washington, DC 10017 | 09/18/1995 | 1 |
| Benedict, Miranda | Legal Services for the Elderly 9 Green St, Box 2723 Augusta, ME 04338 | 10/11/1995 | 1 |
| Benigno, Edward Jr. | 301 SE 12th Ct Ft Lauderdale, FL 33316 | 03/11/1974 | 1 |
| Benison, Thomas James | J.P. Morgan Securities, Inc. 60 Wall St New York, NY 10260 | 07/26/1993 | 1 |
| Benjamin, Ari Howard | KPMG 345 Park Avenue, 40th FL New York, NY 10154 | 02/24/1988 | 2 |
| Benkert, Ambrose W., Jr. | Metropolitan Republican Club 122 East 83 Street New York, NY 10028 | 09/19/1994 | 1 |

| NAME | LAST REGISTERED ADDRRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Bennett, Laurence Gordon | Legal Aid Society Criminal Defense Div 80 Lafayette Street New York, NY 10013 | 05/17/1993 | 1 |
| Bentsi Enchill, Myrna Adwowa | 17 Everett St, #34 Cambridge, MA 02138 | 07/18/1983 | 1 |
| Bepko, Thomas Joseph, Jr. | Thomas J Bepko Jr Associate Counsel New York State Liquor Authority 11 Park Place New York, NY 10007 | 07/23/1985 | 3 |
| Beracha, Rami Abraham | 300 East 40th St, Apt 4P New York, NY 10016 | 11/22/1993 | 1 |
| Beran, Deborah Beth | 321 West 24th St, #14J New York, NY 10011 | 03/06/1995 | 1 |
| Beresin, Andrew David | SAC Capital 777 Long Ridge Road Stamford, CT 06902 | 08/10/1992 | 1 |
| Berger, David M. | Whitman Breed Abbott & Morgan 200 Park Avenue New York, NY 10166 | 03/01/1999 | 1 |
| Berger, Ira M. | 2077 Center Ave Fort Lee, NJ | 03/22/1965 | 1 |
| Berger, Kenneth Alan | Kenneth A. Berger, Esq. 15 East Tenth St, Apt 2G New York, NY 10003 | 02/19/1992 | 2 |
| Berger, Marc | 280 First Avenue, Apt 3F New York, NY 10009 | 02/25/1980 | 1 |
| Berger, Robert Zane | 577 Eureka Street San Francisco, CA 94114 | 12/01/1980 | 1 |
| Bergner, Walter B. | Bergner & Bergner c/o Konner Teitelbaum 60 East 42nd St 47th Floor New York, NY 10165 | 12/21/1951 | 2 |
| Bergreen, Karen | United States District Court Southern District of New York 40 Centre Street New York, NY 10007 | 05/02/1994 | 1 |
| Berkman, Mara Ingrid | The Edison Project 529 Fifth Ave, 12th FL New York, NY 10017 | 07/18/1994 | 1 |
| Berkowitz, Emily Melissa | Reid & Priest LLP 40 W 57th St New York, NY 10019 | 06/09/1993 | 2 |
| Berkowitz, Wayne Kenneth | KPMG Peat Marwick 345 Park Avenue New York, NY 10154 | 03/04/1992 | 2 |
| Berliner, Renee Leslie | Corrao Miller Rush & Wiesenthal 599 Lexington Ave, 22C New York, NY 10022 | 04/12/1982 | 1 |
| Berman, Karen A.B. | 145 Candlewood Rd Rocky Mount, NC 27804 | 10/18/1993 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Berndt, John C. | Howard C Trueger 9 Sylvan Way Parsippany, NJ 07054 | 03/26/1984 | 1 |
| Berner, Marc Ian | Frank Crystal Financial Services 40 Broad Street New York, NY 10004 | 01/23/1996 | 3 |
| Berney, Lonn Edward | c/o Lynn 167 E 67th St New York, NY 10021 | 01/26/1976 | 1 |
| Bernfeld, David Boris | Hoffinger Friedland Dobrish Bernfeld & Stern PC 110 East 59th Street New York, NY 10022 | 06/17/1966 | 2 |
| Bernstein, David Lloyd | Gadsby Fund Inc PO Box 15216 Washington, DC 20003 | 04/01/1957 | 1 |
| Bernstein, Edward Allan | Graham & James 885 Third Avenue, 24th Floor New York, NY 10022 | 05/26/1960 | 1 |
| Bernstein, Joel | Joel Bernstein 2841 Emathla St Coconut Grove, FL 33133 | 12/23/1968 | 1 |
| Bernstein, Tom Alfred | 5253 Sycamore Avenue Riverdale, NY 10471 | 04/05/1978 | 2 |
| Berry, Graham Edward | Law Offices of Graham E. Berry One Wilshire Boulevard, Suite 2100 Los Angeles, CA 90017 | 04/28/1981 | 1 |
| Bersin, Scott Alan | Scott A. Bersin, Esq. 227 E 57th St, #15B New York, NY 10022 | 09/14/1994 | 2 |
| Besana, Genever R. | Lisa and Associates 117 Washington Street Hoboken, NJ 07030 | 01/11/1993 | 1 |
| Best, Natarlin R. | Eastern Carolina Legal Services PO Box 1060 Goldsboro, NC 27530 | 05/05/1986 | 1 |
| Bettelheim, Eric Bryon | Herzfeld & Rubin 40 Wall Street New York, NY 10005 | 05/12/1982 | 2 |
| Bettini, Heidi L. | 47 East 87th Street Apartment 10D New York, NY 10128 | 05/04/1987 | 1 |
| Bezalel, Ronen David | Skadden, Arps, Slate, Meagher & Flom LLP 4 Times Sq New York, NY 10036 | 10/24/2000 | 1 |
| Bharvani, Renisha | Milbank Tweed Hadley & McCloy 1 Chase Manhattan Plaza New York, NY 10005 | 11/24/1997 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Biedka, Paul | Paul Biedka c/o Herbert William Fischman, P.C. 230 Park Avenue 34th Floor New York, NY 10169 | 06/29/1988 | 2 |
| Bienvenu, Sylvie K. | Paribas Limited 33 Wigmore Street W1H OBN London, England | 07/11/1988 | 1 |
| Biggs, Suzanne Louise | Lyon & Lyon 4250 Executive Sq, Suite 660 Lajolla, CA 92037 | 04/03/1978 | 1 |
| Billauer, Barbara Pfeffer | Barbara Pfeffer Billauer & Associates 146 Eva Dr Lido Beach, NY 11561 | 02/25/1976 | 2 |
| Billington, David James | Clifford Chance Rogers & Wells, LLP 200 Park Ave New York, NY 10166 | 02/20/1979 | 4 |
| Bilmaez, Clara | 6 Horizon Rd Ft Lee, NJ 07024 | 03/27/1967 | 1 |
| Binaisa, Godfrey Lukongwa | G Lukongwa Binaisa 325 W 38th St, Suite 606 New York, NY 10018 | 11/02/1977 | 2 |
| Binder, Elizabeth Rachel | Kilpatrick Stockton LLP 700 13th Street N.W. Washington, DC 20005 | 08/06/1990 | 1 |
| Bivona, Frederick Joseph | Frederick Bivona Esq 110 E 1st St, #23 New York, NY 10009 | 03/14/1977 | 1 |
| Black, Edward Barry | Rogers & Wells 58 Coleman Street EC2R 5BE London, England | 05/23/1983 | 1 |
| Blacklock, Bonnie | 252 West 30th St, Apartment 12 New York, NY 10001 | 06/17/1985 | 1 |
| Blackman, Cheryl Denise | Manhattan District Attorney's Office 1 Hogan Place New York, NY 10013 | 02/27/1991 | 2 |
| Blackman, Kerry | Kerry Blackman 35 Piccadilly Word Processing Center, 23rd Flr, W1V 9PB London, 90067 England | 02/07/1983 | 1 |
| Blackman, Peter Franklin | 11 E 87th St, Apt 4B New York, NY 10128 | 06/04/1984 | 1 |
| Blackwood, Lorraine Andrea | Office of the County Prosecutor Essex County Courts Building Newark, NJ 07102 | 10/03/1988 | 1 |
| Blake, Nicole Candida | Sara Lee, Champion Specialty Retail 516 West 34th St, 12th Floor New York, NY 10001 | 05/06/1996 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Blakemore, James Corry | Thacher Proffitt & Wood 2 World Trade Center New York, NY 10048 | 11/21/1994 | 1 |
| Blanchfield, Ann Joan | Law Offices of Noah A. Kinigstein 315 Broadway, Suite 200 New York, NY 10007 | 08/23/1995 | 2 |
| Blandino, Frank A. | c/o Rogut McCarthy PC 111 North Avenue West Cranford, NJ 07016 | 03/06/1995 | 1 |
| Blaney, Catherine Anne | Catherine A. Blaney Esq 30 West 60th Street, Apt 7L New York, NY 10023 | 05/10/1989 | 2 |
| Blank, David Michael | First Boston Corp Park Avenue Plaza 55 E 52nd St New York, NY 10055 | 08/12/1991 | 1 |
| Blasberg, Teresa A. | Hastie & Kirschner 3070 Arco Plaza 515 S Flower St Los Angeles, CA 90071 | 09/30/1985 | 1 |
| Blaschitz, Diana | Besca Ingenieros Calle Londles Qta. Roraima Las Mercedes, Venezuela Caracas, Venezuela | 03/25/1991 | 1 |
| Blech, Martin | Deloitte & Touche LLP Two World Financial Center New York, NY 10281 | 07/14/1997 | 1 |
| Blech, Rachel G. | Weil, Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 05/11/1993 | 1 |
| Blecher, Jill Pamela | Emerald City Media Services 220 E 23rd St, 11th Floor New York, NY 10010 | 11/16/1993 | 1 |
| Bleich, Deborah A. | Becker & Baizer 600 Central Avenue Highland Park, IL 60035 | 12/02/1985 | 1 |
| Bleiwas, Victor | Konheim Halpern Bleiwas 225 Broadway New York, NY 10007 | 10/20/1960 | 2 |
| Blessey, Ralph Anthony | Mintzlevin Cohen Ferris Glorsky & Po-peo PC 666 3rd Ave New York, NY 10017 | 05/03/2000 | 2 |
| Blessinger, Peter John | Peter J. Blessinger, Esq. 30 Vesey St, PH Suite New York, NY 10007 | 02/25/1976 | 2 |
| Blinder, Karen Lewis | 223 East 61st Street, 2d New York, NY 10021 | 03/05/1990 | 1 |
| Bliss, Jennifer Lee | NY Country District Attorney 1 Hogan Place New York, NY 10013 | 05/20/1992 | 2 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Bloch, Brett Russell | Serden Alder 2300 Glades Rd., Suite 340W Boca Raton, FL 33431 | 12/05/1988 | 1 |
| Block, Adam Kenneth | Eisbrouch, Antoniewicz & Marsh 875 Avenue of the Americas, Suite 501 New York, NY 10001 | 03/23/1994 | 2 |
| Blomquist, Mark William | Waterside Associates, Inc. 30-3003 Newport Parkway Jersey City, NJ 07310 | 06/03/1996 | 1 |
| Bloom, Irwin | Smith Mazure Director & Wilkins Esqs 111 John Street New York, NY 10038 | 02/03/1956 | 1 |
| Bloom, Rebecca Ackerman | 238 Flynn Ave Mountain View, CA 94043 | 05/17/1993 | 1 |
| Blum, Maurice Henry | Law Offices Maurice Henry Blum 1700 Broadway New York, NY 10019 | 11/26/1980 | 2 |
| Blumkin, Joel Harvey | Joel H. Blumkin Esq 300 Mercer Street New York, NY 10003 | 03/25/1974 | 1 |
| Blumstein, Stuart Ira | Stuart I. Blumstein Esq 1440 15th Ave San Francisco, CA 94122 | 09/30/1985 | 1 |
| Bock, Barbara Elisabeth | Ullstrasse 5 Berlin, 12045 Germany | 10/25/1994 | 1 |
| Bodenstein, Walter Herbert | Walter H Bodenstein 4921 New Providence Tampa, FL 33629 | 03/21/1960 | 1 |
| Boehm, Joel T. | Sabo & Green 201 North E St, Suite 206 San Bernardino, CA 92401 | 02/09/1973 | 1 |
| Boehm, Mary Dutton | 405 San Antonio Ave San Diego, CA 92106 | 10/27/1980 | 1 |
| Bogdanffy, Susan Alice | Republic National Bank of New York 452 Fifth Ave New York, NY 10018 | 01/14/1985 | 1 |
| Bohrer, Melissa | Bohrer & Lukeman 225 Broadway New York, NY 10007 | 11/03/1993 | 2 |
| Bolender, Mark J. | 2700 Fourth Avenue, Apt #505 Seattle, WA 98121 | 06/15/1987 | 1 |
| Bond, Baron Franc | Skadden Arps 919 Third Ave New York, NY 10022 | 07/28/1998 | 1 |
| Bonfiglio, Suzette D. | Shaffer Bonfiglio & D'elia, L.L.C. 921 Pleasant Valley Avenue, 2nd Floor Mt Laurel, NJ 08054 | 07/11/1988 | 1 |
| Bonin, Franklin A. | Townhouse 30 3622 Colchester St Durham, NC 27707 | 02/14/1972 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Bookbinder, Antonia Marguerite | Terris Pravlik & Millian 1121 12th St. N.W. Washington, DC 20005 | 11/03/1986 | 1 |
| Boon, William John | 7560 Willoughby Avenue, Apt 1D Los Angeles, CA 90046 | 04/23/1990 | 1 |
| Booth, Nicholas John | Freshfields 65 Fleet Street 33rd Floor, EC4Y 1HS London, 10022 England | 08/27/1990 | 1 |
| Borden, Michael Joshua | Leboeuf, Lamb, Greene & Mackie 125 W 55th St New York, NY 10019 | 10/30/2000 | 1 |
| Borodach, Patricia M. | Patricia M Borodach Esq 82 Midwood Rd Teaneck, NJ 07666 | 02/06/1989 | 1 |
| Borowiec, Thaddeus Eugene | American International Group 70 Pine St New York, NY 10270 | 07/28/1982 | 2 |
| Borowsky, Irene Alice | The Dilenschneider Group 200 Park Avenue, 26th Floor New York, NY 10166 | 05/19/1992 | 3 |
| Borsook, Lana R. | Broad Schulz Larson & Wineberg 10390 Santa Monica Boulevard 4th Floor Los Angeles, CA 90067 | 04/12/1971 | 1 |
| Borthwick, Heather L Waters | Squadron, Ellenoff, Plesent & Sheinfeld, LLP 551 Fifth Avenue New York, NY 10176 | 11/01/1999 | 1 |
| Bosca, Pia Federica | Rubin Baum Levin 30 Rockefeller Plaza, 29th Floor New York, NY 10112 | 04/15/1996 | 1 |
| Bossy, Alexander N. | Audrey Golden Associates, LMT. 130 Madison Avenue, Suite 130 New York, NY 10016 | 08/07/1995 | 1 |
| Bourne–Vanneck, Richard P. | Dudley Topper & Feuerzeig PO Box 756 St. Thomas, Virgin Islands | 02/23/1981 | 1 |
| Bowers, Thomas M. | The Mercator Corporation 599 Lexington Avenue New York, NY 10022 | 03/05/1990 | 1 |
| Box, Mary Tamara | Coudert Brothers 1114 Avenue of the Americas New York, NY 10036 | 07/26/1993 | 1 |
| Boxer, Doreen Beth | Doreen Boxer, Esq 12 Civic Center Plaza, Suite B-15 Santa Ana, CA 92701 | 03/26/1990 | 1 |
| Boyer, Allen W. | 1232 Townes Rd Charlotte, NC 28209 | 12/12/1958 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Boza, Ana Beatriz | Shearman & Sterling 599 Lexington Ave, Room 928 New York, NY 10022 | 07/31/1990 | 1 |
| Brabant, T. Alexander | Breitenstein Meillassova Hauser 71 Rue Du Fanbourg Sr-Honore Paris, 75008 France | 01/20/1993 | 1 |
| Brademan, Victoria Jeanne | Mastercard International Incorporated Legal Department 888 Seventh Ave New York, NY 10106 | 09/02/1982 | 1 |
| Bradley, Charles E. | Consumer Portfolio Services Inc. 16355 Laguna Canyon Road Irvine, CA 92618 | 05/06/1996 | 1 |
| Bradley, Michael Thompson | Citicorp Venture Capital 399 Park Avenue New York, NY 10021 | 01/27/1998 | 1 |
| Brady, Richard Grant | Arnold & Porter 399 Park Avenue New York, NY 10022 | 04/13/1994 | 2 |
| Brady, Robert J. | Leboeuf Lamb Leiby & Macrae 140 Broadway New York, NY 10005 | 09/12/1979 | 2 |
| Braeske, Christopher M. | 7160 Princeton Avenue, Apartment 2 University City, MO 63130 | 02/06/1995 | 1 |
| Braithwaite, Loren M. | Pontso Investment Holdings PO Box 2922 Parklands 2121 Republic, South Africa | 03/22/1993 | 1 |
| Bramwell, Neil David | Neil D. Bramwell 637 A Street SE Washington, DC 20003 | 03/28/1966 | 1 |
| Brandt, George J. | Cohen, Pontani, Liberman & Pavane 551 5th Ave New York, NY 10176 | 10/15/1959 | 2 |
| Brannen, Chas J. | Chas J. Brannen, Attorney at Law c/o Computer Intelligence Group 19 Fulton Street, Suite 307 New York, NY 10038 | 08/27/1990 | 1 |
| Branscomb, Deborah Lynn | Deborah L Branscomb Esq c/o Richard A Johnson 1200 New Hampshire Ave NW Washington, DC 20036 | 06/28/1978 | 1 |
| Braun, Eric Mark | Williams & Connolly 725 12th Street NW Washington, DC 20005 | 02/05/1990 | 1 |
| Braun, Steven Kenneth | Braun Equipment Company Inc 545 Midland Ave Saddle Brook, NJ 07662 | 02/10/1975 | 1 |
| Breakstone, Douglas Mead | Alan Barry & Associates 64 North Street Danbury, CT 06810 | 01/22/1990 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Breaux,<br>Melissa Kristen | Harbel Productions<br>4 Columbus Circle, 5th Floor<br>New York, NY 10019 | 06/10/1998 | 2 |
| Breed,<br>Jerome Allen | Sherman & Howard<br>2900 1st of Denver Plaza<br>633 17th Street<br>Denver, Co 80202 | 05/15/1978 | 1 |
| Breen,<br>Joseph B. | Breen & Bartlett<br>301 Merritt Seven Plaza Level<br>Norwalk, CT 06851 | 11/18/1958 | 1 |
| Breitbart,<br>Douglas L. | Breiter Management Inc.<br>215 W 78th St, Suite 5B<br>New York, NY 10024 | 02/28/1983 | 1 |
| Brennan,<br>Peter James | Spector Gadon & Rosen, P.C.<br>1635 Market Street<br>Philadelphia, PA 19103 | 10/31/1988 | 1 |
| Bresler,<br>Jonathan Marc | Jonathan Bresler Esq<br>246 West End Avenue, 9H<br>New York, NY 10023 | 12/05/1988 | 1 |
| Breslow,<br>Karen Joy | Manhattan Day School<br>310 West 75th Street<br>New York, NY 10023 | 03/22/1993 | 1 |
| Breslow,<br>Michele Dyan | A.I. Management and Professional Liability Claims Adjusters<br>175 Water St, 7th Floor<br>New York, NY 10038 | 04/11/1994 | 1 |
| Brest,<br>Iris | Stanford University<br>Bldg 170 Room 307<br>Serra Street<br>Stanford, CA 94309 | 12/12/1966 | 1 |
| Brian,<br>William Larry, Jr. | US Trust Company of New York<br>114 West 47th Street<br>New York, NY 10036 | 03/03/1999 | 2 |
| Brill,<br>Vanessa Melinda | Pitney Hardin Kipp & Szuch<br>152 West 57th Street<br>New York, NY 10019 | 03/17/1998 | 3 |
| Brilliant,<br>Andrew Prince | Hallmark Entertainment Network<br>6430 S. Fiddlers Green Circle, Suite 500<br>Englewood, Co 80111 | 11/21/1977 | 1 |
| Briskin,<br>Robert Kenneth | McGuire Woods Battle & Boothe<br>One North Charles Street<br>1300 Blaustein Bldg<br>Baltimore, MD 21201 | 02/14/1972 | 1 |
| Britt,<br>Janeann | The Boston Group<br>55 Broadway<br>New York, NY 10006 | 02/07/1990 | 2 |
| Britton,<br>Clare J.M. | McKenna & Co<br>Inveresk House<br>1 Aldwych, WC2ROHF<br>London, England | 03/23/1987 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Broadwin, David Anthony | Mayor Day & Caldwell 1900 Republic Bank Center Houston, TX 77002 | 05/07/1984 | 1 |
| Broden, Daniel Michael | Courtroom Television Network 600 Third Ave, 2nd Floor New York, NY 10016 | 06/30/1993 | 2 |
| Brodsky, Jodi S. | Sills Cummis Zuckerman Radin Tischman Epstein & Gross One Riverfront Plaza Newark, NJ 07102 | 05/08/1989 | 1 |
| Bromley, Alan D. | A Bromley 220 W 19th St, 6th Floor New York, NY 10011 | 03/11/1974 | 1 |
| Brooks, Michael West | Proskauer Rose 1585 Broadway New York, NY 10036 | 03/04/1996 | 1 |
| Brooks, Steven Elliot | Steven Elliot Brooks Esq 1021 Ives Dairy Road, Suite 111 North Miami Beach, FL 33179 | 09/15/1992 | 1 |
| Brosnan, John P. | Office of Court Administration 270 Broadway New York, NY 10007 | 06/24/1957 | 1 |
| Brower, Bonnie | Bonnie Brower Esq 713 Windsor Lane Key West, FL 33040 | 02/14/1972 | 1 |
| Brower, Charles Harry | Brower & Brower Esqs 1088 Bishop Street, #804 Honolulu, HI 96813 | 07/08/1976 | 1 |
| Brown, Aaron Maxwell | Sullivan & Cromwell St. Olave's House 9A Ironmager Lane, EC2V 8EY London, England | 09/13/1994 | 1 |
| Brown, Bradford Coleman | Reid & Priest 40 West 57th Street New York, NY 10019 | 05/02/1994 | 1 |
| Brown, Donald Richard | Manatt, Phelps & Phillips, LLP 11355 W. Olympic Blvd Los Angeles, CA 90064 | 06/18/1990 | 1 |
| Brown, Kathleen | Bank of America 555 S Flower Street, Suite 5000 Los Angeles, CA 90071 | 04/14/1986 | 1 |
| Brown, Lawrence A. | First Union National Bank of North Carolina One First Union Center, DC-6 Charlotte, NC 28288 | 02/06/1989 | 1 |
| Brown, Michael Dee | Mobil E&P US Inc 10000 Ming Ave Bakersfield, CA 93311 | 02/02/1981 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Brown, Michael Geoffrey | Smith Mazure Director Wilkins Young Yagerman & Tarallo, Esqs. 111 John Street New York, NY 10038 | 01/13/1992 | 1 |
| Brown, Robert Benton, III | Robert Benton Brown III 32nd Floor, UIC Building 5 Shenton Way, 0106 Singapore | 04/06/1981 | 1 |
| Brown, Ronald Dwayne | Leboeuf, Lamb, Greene & Macrae, L.L.P. 125 West 55th Street New York, NY 10019 | 12/03/1990 | 1 |
| Browne, Michael D. | Citibank, N.A. 399 Park Avenue, 6th Floor New York, NY 10043 | 07/15/1992 | 2 |
| Bruneau, Wendy Lynne | Wendy Lynne Bruneau, Esq. 242 East 51st St New York, NY 10022 | 04/15/1991 | 1 |
| Brunstein, Alla G. | Yi Tuan & Brunstein 350 Fifth Avenue, Suite 6311 New York, NY 10118 | 01/25/1994 | 1 |
| Brusch, Cameil Rainford | The Brusch Law Firm P.O. Box 988 St. Thomas, VI 00804 | 12/02/1986 | 1 |
| Bryan, Jeffrey Michael | Bluestone Capital Partners 575 5th Avenue New York, NY 10017 | 03/01/1999 | 1 |
| Bryant, Charles Ashley | Charles A Bryant, Esq 4110 Peachtree Dunwoody Rd Atlanta, Ga 30342 | 06/18/1984 | 1 |
| Bryant, Kiva Niles | Winston & Strawn 200 Park Avenue New York, NY 10166 | 09/27/1999 | 1 |
| Bryant, Lisa Louisa | O'Melveny & Myers 153 53rd Street New York, NY 10022 | 04/26/1994 | 1 |
| Bryant, Randall Haywood | Randall Haywood Bryant II Esq 1300 Army Navy Dr Arlington, VA 22202 | 04/24/1978 | 1 |
| Bryant, Ronald Vincent | Law Off of Mohamed A H Touban PO Box 7606 Riyadh 11472 Saudi Arabia | 10/28/1970 | 1 |
| Bryer, Jonathan Michael | Rosenberg Minc & Armstrong 122 E 42nd St New York, NY 10017 | 01/31/1977 | 1 |
| Buchal, James Laurence | Ball Janik & Novack 101 SW Main Street, Suite 1100 Portland, OR 97204 | 03/24/1986 | 1 |
| Buchholz, Edward John | Winston & Strawn 35 W Wacker Dr Chicago, IL 60601 | 02/09/1973 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Buchsbaum, Karen Joanne | Rosenmant Colin LLP<br>575 Madison Avenue<br>New York, NY 10022 | 01/23/1995 | 1 |
| Buckley, Brian Langford | Law Office of B Buckley<br>11661 San Vicente Blvd, #820<br>Los Angeles, CA 90049 | 07/07/1980 | 1 |
| Buckley, Thomas E. | Interim Legal Personnel<br>575 Madison Ave, Ste 402<br>New York, NY 10022 | 11/27/1996 | 2 |
| Buckley, Timothy James | Telstra Corporation Limited<br>Level 6 255 Elizabeth Street<br>NSW 2000<br>Sydney, Australia | 10/22/1996 | 1 |
| Budd, Sheila Kathleen | Sheila K Halladay<br>2126 1/2 Queen Street East, M4E 1ES<br>Toronto, Canada | 11/25/1980 | 1 |
| Budin, Steven Andrew | Steven Andrew Budin<br>3737 Pecos-McLeod, Suite 102<br>Las Vegas, NV 89121 | 05/17/1993 | 1 |
| Budoff, Elliot Martin | Wertheim & Co<br>225 West 34th St<br>New York, NY 10001 | 09/13/1989 | 2 |
| Bull, David Raymond | Chabot & Breen<br>2321 Whitney Avenue<br>PO Box 5035<br>Hamden, CT 06518 | 04/15/1985 | 1 |
| Bulson, Michael Ellis | Utah Legal Services, Inc.<br>385 24th Street, Suite 522<br>Ogden, UT 84401 | 10/05/1976 | 1 |
| Bumin, Aylin Fatma | West Group<br>530 5th Ave<br>New York, NY 10036 | 03/19/1996 | 3 |
| Bunsis, Howard Jay | Eastern Michigan University<br>College of Business<br>406 Owen Bldg<br>Ypsilanti, MI 48197 | 02/04/1985 | 1 |
| Buono, Barbara Joann | Curtis, Mallet-Prevost, Colt & Mosle<br>101 Park Avenue<br>New York, NY 10178 | 04/29/1992 | 2 |
| Burke, David Colin | Linklaters & Paines<br>855 Third Avenue, Suite 2600<br>New York, NY 10022 | 01/27/1998 | 1 |
| Burke, John Masterson | Nomura Securites International<br>311 South Wacker Drive, Suite 6100<br>Chicago, IL 60606 | 11/22/1993 | 1 |
| Burker, Richard Scott | The Amalgamated Life Insurance<br>Company<br>730 Broadway<br>New York, NY 10003 | 04/27/1977 | 2 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Burkholz, Alan Edward | Law Offices of Tell. Cheser & Breitbart 917 Mountain Ave., Ste 1 Mountainside, NJ 07092 | 06/13/1988 | 1 |
| Burling, Sondra Renee | Vinson & Elkins 3300 First City Tower 1001 Fannin Houston, TX 77002 | 05/01/1990 | 1 |
| Burlingame, Debra A. | 305 E 86th St, Apt 11S West New York, NY 10028 | 05/02/1994 | 1 |
| Burnham, Margaret Ann | Burnham Hines & Dilday 729 Boylston Street Boston, MA 02116 | 04/13/1970 | 1 |
| Burns, David John | F. Lee Bailey & Aaron J. Broder 350 Fifth Ave, Suite 4710 New York, NY 10118 | 03/20/1995 | 1 |
| Burns, Geoffrey P. | Houbigant Inc 1135 Pleasant View Terrace West Ridgefield, NJ 07657 | 10/05/1976 | 1 |
| Burns, Karen | White & Case 1155 Avenue of the Americas New York, NY 10036 | 12/05/1988 | 1 |
| Burrell, Audley Anthony | Housing Authority of the City of Atlanta 739 W. Peachtree Street N.E. Atlanta, GA 30365 | 03/14/1994 | 1 |
| Busch, Jolie Lisa | Jolie L Busch Esq 9912 Robbins Drive Beverly Hills, CA 90212 | 04/11/1988 | 1 |
| Bush, Gary Leon | Dodge Bush Moseley & Riddle 950 Echo Lane, Suite 180 Houston, TX 77024 | 07/08/1975 | 1 |
| Bush, William James, III | Barton Barton & Plotkin 420 Lexington Avenue New York, NY 10170 | 03/10/1997 | 1 |
| Busler, Timothy Warren | Paribas Merchant Banking Group 787 Seventh Avenue New York, NY 10019 | 05/20/1992 | 2 |
| Butler, Christopher James | Mendes & Mount LLP 750 Seventh Avenue New York, NY 10019 | 01/08/1997 | 2 |
| Byrd, Vernon R., Jr. | The New York Times 229 W 43rd St New York, NY 10036 | 11/19/1996 | 1 |
| Byrne, James Peter | J Peter Byrne Esq 2916 Bergenline Ave Union City, NJ 07087 | 07/20/1992 | 1 |
| Caesar, James Henry | 1812 Schieffelin Ave Bronx, NY 10461 | 10/15/1964 | 2 |
| Cafone, Joan Patricia | 355 East 72nd Street, Apt 21J New York, NY 10021 | 10/03/1988 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Cahill, Matthew Paul | Deloitte & Touche One World Trade Center New York, NY 10048 | 11/03/1993 | 2 |
| Cahill, William Edward | Jacobowitz, Garfinkel & Lesman 110 William St New York, NY 10038 | 03/11/1981 | 2 |
| Cahn, Jordan Marc | Jordan Cahn Esq. c/o Chase Securities 17 W 67th Street, #10F New York, NY 10023 | 12/03/1990 | 1 |
| Cain, Mary Lucille | Mound Cotton & Wollan One Battery Park Plaza New York, NY 10004 | 03/07/1990 | 2 |
| Caldwell, Paulette Marilyn | New York University School of Law 40 Washington Square South New York, NY 10012 | 04/17/1972 | 1 |
| Calhoun, Ruth Blanks | Ruth Calhoun Hughes Esq. 350 Glenside Road Mountaintop, PA 18707 | 04/13/1987 | 1 |
| Callahan, J. Loughlin | Davis Polk & Wardwell 1 Chase Manhattan Plz New York, NY 10005 | 10/10/1973 | 1 |
| Callahan, John Lawrence | Agraquest, Inc. 1105 Kennedy Place, Suite 4 Davis, CA 95616 | 02/22/1971 | 1 |
| Campbell, Carolyn Clark | Carolyn Clark Campbell 30 Newport Pkwy, Apt 3406 Jersey City, NJ 07310 | 03/25/1974 | 1 |
| Campbell, Gary Thomas | Gary T Campbell Esq 17 Murray Street, Third Floor New York, NY 10007 | 01/24/1989 | 3 |
| Campbell, Stephen Louis | Kane & Kessler, P.C. 1350 6th Avenue, 26th Floor New York, NY 10014 | 10/18/1999 | 1 |
| Canape, Meryl | HRA/Dept of Social Svcs Office of Legal Affairs 66 Leonard Street New York, NY 10013 | 10/30/1989 | 1 |
| Candella, Elyse Schnindler | Winstar 380 Lexington Ave Ste 503 New York, NY 10017 | 09/28/1988 | 2 |
| Cane, Eugenia | Eugenia Cane Esq. PMB 123 442 Route 202/206 N Bedminster, NJ 07921 | 04/23/1990 | 1 |
| Canevi, Mehmet Irmak | White & Case LLP 1155 Avenue of the Americas New York, NY 10036 | 09/24/1998 | 1 |
| Cannon, Robert Milchrist, II | 2358 N Vernon St Arlington, VA 22207 | 10/17/1994 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Caplan, Mitchell Harris | Telebanc Financial Corporation 405 Park Avenue, Suite 1104 New York, NY 10022 | 06/16/1986 | 1 |
| Cappuccio, Frank Michael | Perkins Coie 1201 Third Avenue, 40th Floor Seattle, WA 98101 | 07/09/1984 | 1 |
| Cardon, Jonathan George | Jonathan George Cardon Esq. St. Paul Re Management Corp 195 Broadway New York, NY 10007 | 07/09/1984 | 1 |
| Cardona, Felix | HC 500 Grand Concourse Bronx, NY 10451 | 12/05/1988 | 1 |
| Caress, Jeffrey L. | Wander & Golden, LLP 641 Lexington Avenue, 21st Floor New York, NY 10022 | 12/11/1995 | 1 |
| Carey, Dru Bronwyn | Dru B. Carey, Esq. 350 Broadway, Suite 1204 New York, NY 10013 | 12/03/1990 | 1 |
| Carlson, Maria Gambale | Maria C Gambale Esq 7 E 14th St, Apt 21E New York, NY 10003 | 02/22/1977 | 1 |
| Carlson, Thomas John | The Law Firm Thomas J. Carlson 767 Third Avenue New York, NY 10017 | 01/30/1978 | 1 |
| Carlton, Pamela Gean | Chase Manhattan Bank Chase Asset Management 1211 Avenue of the Americas New York, NY 10036 | 07/07/1981 | 1 |
| Carman, Cathleen Marie | Kleban & Samor 2425 Post Rd Southport, CT 06490 | 06/04/1984 | 1 |
| Carmeli, Abraham | Abraham Carmeli c/o Saga 576 5th Ave Suite 1103 New York, NY 10036 | 10/30/1989 | 1 |
| Carmon, Ronald David | Ronald D. Carmon 1 Pasternak St Neve-Avivim Tel-Aviv, 69205 Israel | 02/05/1979 | 1 |
| Carnegie, Amos | NYS Dn. of Human Rts. 55 W 125 St New York, NY 10027 | 12/23/1960 | 2 |
| Carns, Tracy Pearl | 260 W 52nd St, #12E New York, NY 10019 | 07/26/1988 | 3 |
| Caro, David Ricardo | Wachtell Lipton Rosen & Katz 51 West 52nd Street New York, NY 10019 | 08/11/1999 | 1 |
| Carpentieri, Christopher R. | C.R. Carpentieri, P.C. 276 Fifth Avenue, Suite 604 New York, NY 10001 | 02/05/1986 | 2 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Carrington, Robert | Robert Carrington Esq<br>1015 East 227th Street<br>Bronx, NY 10466 | 01/05/1955 | 1 |
| Carroll, Thomas James | General Instrument Corp<br>125 Chubb Ave<br>Lyndhurst, NJ 07071 | 03/03/1986 | 1 |
| Carswell, Susan | Susan P Carswell<br>PO Box 90105<br>Gainesville, FL 32607 | 08/10/1978 | 1 |
| Carter, Barbara L. | Barbara Lynne Carter<br>442 W 57th St, #9B<br>New York, NY 10019 | 06/05/1989 | 1 |
| Carter, Jonathan Barlow | 671 30th Street, #39<br>Boulder, CO 80303 | 05/05/1986 | 1 |
| Carter, Osborne | Essex County Prosecutor's Office<br>New Courts Building<br>50 W Market Street<br>Newark, NJ 07102 | 09/21/1992 | 1 |
| Carver, Kimberly Rose | 100 Scott Street<br>San Francisco, CA 94117 | 02/03/1986 | 1 |
| Casey, Filis M. | The Alliance for Children Inc<br>55 William St, Suite G10<br>Wellesley, MA 02481 | 07/08/1971 | 1 |
| Casey, Morgan A., Jr. | 201 E 69 St<br>New York, NY 10021 | 06/18/1962 | 1 |
| Cash, Pamela E. | Corporation Counsel-City of Chicago<br>180 N Lasalle, Suite 500<br>Chicago, IL 60601 | 06/15/1987 | 1 |
| Cassel, Joel Aaron | Botein Hays Sklar & Herzberg<br>California Office<br>2029 Centery Park East<br>Los Angeles, CA 90067 | 06/27/1969 | 1 |
| Cassidy, Jayme Jones | 711 Washington St<br>Hollywood, FL 33019 | 01/10/1994 | 1 |
| Cassidy, Thomas J. | Weil Gotshal & Manges<br>767 Fifth Ave<br>New York, NY 10153 | 09/13/1989 | 2 |
| Castelli, Paschal D. | 454 Village Oaks Lane<br>Babylon, NY 11702 | 12/16/1963 | 1 |
| Castera, Jean Christophe | Willkie Farr & Gallagher<br>21-23 Rue De La Ville Leveque<br>75008<br>Paris, France | 03/21/1988 | 1 |
| Castoro, Francis X. | Francis X. Castoro, P.A.<br>2100 Hollywood Boulevard<br>Hollywood, FL 33020 | 03/25/1985 | 1 |
| Catania, Holly | Open Society Institute<br>400 W 59th St, Room 327<br>New York, NY 10019 | 08/27/1990 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Cathcart, Shaun Christine | Shaun C. Cathcart Esq. 1183 Forge Walk Vancouver V6H 3R1 British Columbia, Canada | 07/11/1988 | 1 |
| Caust Ellenbogen, Sanford | The Ohio State University College of Law 1659 North High Street Columbus, OH 43210 | 07/07/1986 | 1 |
| Celecia, Ian Eugene | Gordon Altman Butowsky Weitzen Shalov & Wein 114 West 47th St., 20th Floor New York, NY 10036 | 09/17/1996 | 3 |
| Cenis, Michelle Renee | Sidley Austin Brown & Wood LLP 787 7th Ave New York, NY 10019 | 06/04/1990 | 1 |
| Cerame, Joseph H. | c/o DC Fotopoulos Esq 4160 Broadway New York, NY 10033 | 12/23/1968 | 1 |
| Cerreta, Ray Frank | Ray F. Cerreta, Esq. 215 E 24th St, Apt 625 New York, NY 10010 | 06/28/1978 | 2 |
| Cerulli, Kurt A. | Cerulli Associates Inc 73 Newbury St Boston, MA 02116 | 10/31/1983 | 1 |
| Cha, Yang | Cha & Pan 36 W 44th St, Rm 812 New York, NY 10036 | 04/02/1997 | 2 |
| Chan, Ricky Ming Tak | Asia Net Corp. Ltd #1702 Cheung Kong Center No 2 Queen Road Central Hong Kong, China | 10/24/1989 | 1 |
| Chan, Su Ling | Jones Day Reavis & Pogue 1 Mount Street W1Y 5AA London, England | 08/22/1983 | 1 |
| Chandler, Michele Elaine | NYC Board of Education 346 Broadway New York, NY 10013 | 03/26/1984 | 1 |
| Chang, Vivian | Human Resources Administration Office of Legal Affairs 60 Lafayette, Rm 8K7 New York, NY 10013 | 09/16/1992 | 2 |
| Chapman, Richard M. | Garage Management Corp. 124 East 63rd Street New York, NY 10021 | 06/21/1950 | 1 |
| Charbonnet, Elise Daniel | Gibson, Dunn & Crutcher 200 Park Avenue, 48th Floor New York, NY 10166 | 03/01/1993 | 1 |
| Chase, Martha Ann | 215 E 68th St, Apt 32-d New York, NY 10021 | 08/28/1990 | 3 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Chasen, Jerry Simon | Chasen & Lichter 230 Montoya Circle Santa Fe, NM 87501 | 02/22/1977 | 1 |
| Chasen, Leslie Mara | 300 East 54th Street, #4C New York, NY 10022 | 01/11/1993 | 1 |
| Chasin, Herman | 315 E 86th Street New York, NY 10028 | 03/30/1961 | 2 |
| Chazin, Daniel Dov | c/o Dean John Sexton NY University School of Law 40 Washington Square S Room 406 New York, NY 10012 | 07/08/1976 | 1 |
| Checchi, Lenore Marie | 420 Riverside Drive, Apt 9G New York, NY 10025 | 05/31/1989 | 2 |
| Chefetz, Karen Lynn | 1107 Angelo Drive Beverly Hills, CA 90210 | 09/19/1991 | 1 |
| Chen, Wei | Debevoise & Plimpton 875 3rd Ave New York, NY 10016 | 07/20/1998 | 2 |
| Chen, Ying Ya | Perennial Law Office 77-2 19 Roosevelt Rd Sec 2 Taipei, Roc Taiwan, China | 10/05/1999 | 1 |
| Cheng, Barry Y. | Worldco LLC 110 Wall St New York, NY 10005 | 10/30/2000 | 1 |
| Cheng, Mei Leng | United Nations 1st Avenue New York, NY 10017 | 09/14/1983 | 2 |
| Cherry, Robert Bruce | Reichmann International 520 Madison Ave New York, NY 10022 | 07/16/1990 | 1 |
| Chess, Eric S. | 7 Jane St, #1 New York, NY 10014 | 05/06/1996 | 1 |
| Chew, Deborah Anne | Arthur Robinson & Hedderwicks 530 Collins Street Melbourne, 3000 Victoria, Austraila | 06/05/1989 | 1 |
| Chiang, Yi–Fan | Freshfields 12th Floor Two Exchange Square Hong Kong, China | 07/12/1993 | 1 |
| Childres, Christopher Fooshee | The Edgewater Group One Cleveland Center Cleveland, OH 44114 | 11/22/1993 | 1 |
| Childres, Nathaniel Ashley | White & Case 1155 Ave of Americas New York, NY 10036 | 07/12/1994 | 1 |
| Chin, Jacquelin Y. | Morrison, Mahoney & Miller, LLP 100 Maiden Lane New York, NY 10038 | 03/13/2000 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Chin, Jeffrey Edward | Kelly & Roth 36 West 44th Street New York, NY 10036 | 10/07/1996 | 1 |
| Cho, Hyun–Moon | 180 Riverside Boulevard, Apt 5N New York, NY 10069 | 05/03/1999 | 1 |
| Cho, Jenny H. | Brosler Goodman and Unterman 521 5th Ave New York, NY 10175 | 03/24/1999 | 2 |
| Cho, Justine H. | Law Offices of Justine H Cho 1566 Route 130 North North Brunswick, NJ 08902 | 11/24/1997 | 1 |
| Cho, Moonhyun | Yulchon Law Offices Dong Suh Bld., 6th Floor 51-11, Banpo-Dong, Suhcho-Ku, 137-040 Seoul, Korea | 04/17/1989 | 1 |
| Cho, Sonya H. | Hanson Bridgett Marcus Vlahos & Rudy 333 Market St, Suite 2300 San Francisco, CA 94105 | 05/01/1995 | 1 |
| Cho, Young Hee | Fitzpatrick, Cella, Harper & Scinto 30 Rockefeller Plaza New York, NY 10112 | 01/25/2000 | 3 |
| Choe, Jennifer | Connell Foley & Geiser 85 Livingston Ave Roseland, NJ 07068 | 09/27/1999 | 1 |
| Chokshi, Samir D. | Merrill Lynch & Co., Inc. 330 East 39th Street, Apt 30E New York, NY 10016 | 01/11/1999 | 1 |
| Cholakis, Maria | Hill Rivkins Carey Loesberg O'Brien & Mulroy 21 West Street New York, NY 10006 | 08/07/1989 | 1 |
| Chorney, Christine A. | Christine A. Chorney Attorney at Law 1261 Noe Street San Francisco, CA 94114 | 09/26/1977 | 1 |
| Chorney, Jacqueline | Federal Communications Commision 3728 Chesapeake Street NW District of Columba Washington, DC 20554 | 12/04/1989 | 1 |
| Christensen, Karen | 110 West 86th St, Apt 9C New York, NY 10024 | 05/02/1994 | 1 |
| Christoph, Joel D. | Greenwald, Christoph & Holland, P.C. 1370 Avenue of the Americas 32nd Floor New York, NY 10019 | 03/02/1998 | 1 |
| Christopher, Thomas Athanasius, Jr. | Bank Leumi Trust Company of NY 535 7th Avenue New York, NY 10018 | 03/24/1993 | 2 |
| Chrun, Anne | Cleary, Gottlieb, Steen & Hamilton 41 Avenue De Friedland Paris, 75008 France | 08/06/1997 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Chu, Hui–Min | 5F No. 10 Lane 55 Taipei, 105 Taiwan, China | 10/24/2000 | 1 |
| Chu, Sven Steve | Equitivest Limited 71F, Emperor Building 34-37 Connaught Road Central Hong Kong, China | 06/19/1978 | 1 |
| Chuang, George J. | Goldman Sachs (Asia) L.L.C. Cor Fnnce Dept Invstmnt Bnkng Dvsn 37th Floor, Asia—Pacific Tower Hong Kong, 10004 China | 10/07/1996 | 1 |
| Chudnoff, Ellen Mae | Weil Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 08/10/1992 | 1 |
| Chukwulozie, Chikezie Isidore | 306 East 49 St, Apt 4D New York, NY 10017 | 08/23/1995 | 2 |
| Chung, Jae–Hoon | First Law Offices of Korea Seocho PO Box 437 275 Yangjae-Dong Seocho-Ku Seoul Republic of Korea | 07/15/1996 | 1 |
| Chung, James Jang–Hoon | Winthrop Stimson Putnam & Roberts One Battery Park Place New York, NY 10004 | 09/15/1997 | 1 |
| Chung, Jeanyong | Fish & Neave 1251 Avenue of the Americas New York, NY 10022 | 04/26/1995 | 2 |
| Chutorian, Sandra G. | Wilson, Sonsini, Goodrich & Rosati 2 Palo Alto Square, 10th Floor Palo Alto, CA 94306 | 09/28/1987 | 1 |
| Ciferni, Leon P. | National Westminster Bank USA 175 Water Street New York, NY 10038 | 01/06/1962 | 2 |
| Ciment, Jason Harris | 8836 Alcott St Los Angeles, CA 90035 | 09/09/1997 | 1 |
| Cinelli, Albert Eugene | Marion Laboratories Inc 9221 Ward Parkway Kansas City, Mo 64114 | 12/05/1955 | 1 |
| Cioffi, John W. | 1936 Stuart Street, Apt 6 Berkeley, CA 94703 | 08/10/1992 | 1 |
| Ciolino, Gina Stephanie | Pricewaterhousecoopers 1177 Avenue of the Americas New York, NY 10036 | 11/22/1993 | 1 |
| Ciotti, Linda Michelle | Lacher & Fox 99 Park Avenue New York, NY 10016 | 11/12/1997 | 2 |
| Citrin, Jeffrey Bruce | Oppenheimer & Co. Inc. One World Financial Center 200 Liberty Street New York, NY 10281 | 05/07/1984 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Claar, Gary E. | Marathon Advisors LLC 237 Park Ave, #900 New York, NY 10017 | 04/29/1992 | 2 |
| Clapp, Jennifer M. | Orrick Herrington & Sutcliffe 666 Fifth Avenue New York, NY 10103 | 05/16/1995 | 1 |
| Clarity, James F., IV | 330 West 46th Street Apartment 4 New York, NY 10036 | 06/25/1985 | 3 |
| Clark, Douglas Adron | 620 N Coppell Rd, #504 Coppell, TX 75019 | 12/04/1989 | 1 |
| Clark, Elihu David | Hughes Hubbard & Reed LLP One Battery Park Plaza New York, NY 10004 | 10/11/1995 | 1 |
| Clark, Margaret | 3141 38th St NW Washington, DC 20016 | 06/14/1976 | 1 |
| Clark, Thomas Gerard | Milbank Tweed Hadley & McCloy 1 Chase Manhattan Plaza, 55th Floor New York, NY 10005 | 06/01/1987 | 1 |
| Clarke, Jennifer Ruth | Dechert Price & Rhoads 4000 Bell Atlantic Tower 1717 Arch Street Philadelphia, PA 19103 | 06/20/1983 | 1 |
| Clarke, Vernell Ashton | Fidelity National Title Insurance Company of New York 2 Park Avenue, Suite 300 New York, NY 10016 | 06/12/1991 | 2 |
| Clauss, Carin Ann | US Dept of Labor 200 Constitution Ave NW Washington, DC 20210 | 06/29/1964 | 1 |
| Cleveland, Lisa Simone | A. Network Development—New York LLC 144 West 27th St, Suite 9R New York, NY 10001 | 11/21/1994 | 1 |
| Clohessy, Noreen Mary | Cambridge Integrated Services 5 Hanover Sq New York, NY 10005 | 03/31/1992 | 3 |
| Close, Peter David | Peter David Close 98 Chambers Street New York, NY 10007 | 07/18/1983 | 1 |
| Coates, John Carr, IV | Wachtell Lipton Rosen & Katz 51 W 52nd St New York, NY 10019 | 03/26/1990 | 1 |
| Cobbledick, Gary William | c/o Sullivan & Cromwell 125 Broad St New York, NY 10004 | 04/26/1993 | 1 |
| Cody, Richard Alan | Cody Lambert & Collins 14 Third Street, PO Box 393 Cambridge, MA 02141 | 06/18/1962 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Coffey, Larry Bruce | Larry B Coffey 1680 UCB Building 212 South Tryon Street Charlotte, NC 28281 | 03/17/1975 | 1 |
| Cofsky, Kevin Michael | 21 W 86th St, Apt 502 New York, NY 10024 | 05/24/1999 | 1 |
| Cogan, Tania Yael | Administration for Children's Services Bronx Family Court 900 Sheridan Ave Bronx, NY 10451 | 08/05/1996 | 1 |
| Cohan, Richard J. | Richard J Cohan 807 Clinton Street Hoboken, NJ 07030 | 04/12/1971 | 1 |
| Cohane, Francis Gerard | Francis G Cohane Esq 6 Bradford Terrace Newtown Square, PA 19073 | 03/22/1954 | 1 |
| Cohen, Berwin | 533 West 45th Street New York, NY 10036 | 04/10/2000 | 1 |
| Cohen, Carla Lee | The Harbour View 11 Magazine Gap Road Hong Kong, China | 05/24/1982 | 1 |
| Cohen, Mark Ira | Mark Ira Cohen Esq 232 Philips Place Philadelphia, PA 19106 | 01/23/1989 | 1 |
| Cohen, Norman William | Norman Cohen 424 Madison Ave New York, NY 10017 | 01/19/1962 | 2 |
| Cohen, Robin Ileane | NYC Admin. Children's Srvs, Div Lgl Srvs Child Support Litigation Unit 60 Lafayette Street—Room 8K7 New York, NY 10013 | 07/24/1991 | 2 |
| Cohen, Seth | Seth Cohen 22 Perry St, #2C New York, NY 10014 | 09/19/1994 | 1 |
| Cohen, Steven | Margolis & Cohen 294 Washington St, Suite 610 Boston, MA 02108 | 06/18/1990 | 1 |
| Cohlan, John L. | Triarc Companies, Inc. 900 Third Avenue New York, NY 10022 | 02/03/1986 | 1 |
| Cohn, Julianne | NYC Administration for Children's Srvcs Division of Legal Services 66 Leonard St, 9th Floor New York, NY 10013 | 06/02/1997 | 1 |
| Cohn, Liza--Faith Michaelis | Phillips Nizer Benjamin Krim & Ballon LLP 666 Fifth Avenue New York, NY 10103 | 03/20/1995 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Cohn, Melissa Ann | McAloon & Friedman, P.C. 116 John St New York, NY 10038 | 01/29/1992 | 2 |
| Cohn, Samuel Charles | Marvin Josephson Assoc 40 W 57th St New York, NY 10019 | 06/23/1959 | 1 |
| Coke, Tanya Elizabeth | Federal Defender Division of the Legal Aid Society 52 Duane Street, 10th Floor New York, NY 10007 | 09/25/1996 | 2 |
| Cole, Brenda A. | 63 E 9th Street, #2X New York, NY 10003 | 02/04/1985 | 1 |
| Coleman, Beverly Marie | Law Offices of Beverly M Coleman 8306 Wilshire Boulevard, Suite 1095 Beverly Hills, CA 90211 | 10/01/1984 | 1 |
| Coleman, David Lawrence | David Lawrence Coleman, Esquire 65 Ballard Drive West Hartford, CT 06119 | 02/07/1983 | 1 |
| Coleman, Dennis R. | Kwasha Lipton 2100 North Central Road Ft Lee, NJ 07024 | 02/14/1972 | 1 |
| Colgan, Jennifer Ann | Office of the District Attorney 215 E 161st St Bronx, NY 10451 | 09/16/1992 | 2 |
| Collier, Richard Hale | Lehman Brothers 3 World Financial Ctr 200 Vesey Street New York, NY 10285 | 10/01/1980 | 2 |
| Collins, Matthew J. | Collins Collins & Collins 357 East Center Street Manchester, CT 06040 | 07/28/1986 | 1 |
| Collins, Robert Michael | Kirkland & Ellis Citicorp Center 153 East 53rd Street New York, NY 10022 | 03/25/1996 | 1 |
| Colonna D'istria, Antoine | Freshfields Bruckhaus Deringer Law Offices 69 Boulevard Haussmann 75008 Paris, France | 05/08/1989 | 1 |
| Colton, Carolyn Mary | 140 Acalanes Drive, #22 Sunnyvale, CA 94086 | 06/20/1994 | 1 |
| Comer, John J. | John Comer 121 Searman Ave New York, NY 10034 | 03/23/1953 | 1 |
| Conca, David Francis | Zurich Insurance Company One Liberty Plaza New York, NY 10006 | 06/23/1992 | 3 |
| Conca, Nicholas J., Jr. | Reliance National 77 Water Street New York, NY 10005 | 01/18/1989 | 2 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Connelly, Michael J. | Mosaica Education, Inc. Two Penn Plaza, Suite 1500 New York, NY 10121 | 03/23/1976 | 1 |
| Connelly, Vincent J. | Vincent J Connelly Esq 1165 Park Avenue New York, NY 10128 | 12/01/1952 | 1 |
| Connolly, Deirdre A. | Wright & Manning 641 Lexington Avenue New York, NY 10027 | 09/25/1996 | 2 |
| Connolly, Suzanne Meaghan | 115 Fairmount Rd Ridgewood, NJ 07450 | 11/09/1992 | 1 |
| Conway, Jeffrey Daniel | Brobeck Phleger & Harrison 550 West C Street San Diego, CA 92101 | 09/25/1989 | 1 |
| Conway, Michael J. | U.S. Marshals Service 500 Pearl Street, 4th Floor New York, NY 10007 | 11/25/1996 | 1 |
| Cook, William W. | Valley Media, Inc. 1280 Santa Anita Court Woodland, CA 95776 | 02/03/1992 | 1 |
| Cooke, Edward Joseph, Jr. | Edward J Cooke Jr 557 Post Rd Darien, CT 06820 | 03/25/1963 | 1 |
| Coomaraswamy, Bernadette | Stern,Fixler & Weiner, Esqs 950 Third Avenue New York, NY 10016 | 06/20/1960 | 1 |
| Coonan, Hilary | McCann Fitzgerald 399 Park Avenue, 30th Floor New York, NY 10022 | 06/19/1989 | 1 |
| Cooper, Debra Susan | 300 East 75th Street, Apt 21E New York, NY 10021 | 09/30/1987 | 2 |
| Copeland, Ronald | US Dept of Health & Human Services Office for Civil Rights 200 Independence Avenue SW Washington, DC 20201 | 06/24/1968 | 1 |
| Coppola, Sandra F. | 124 West 18th Street, Apt 6 New York, NY 10011 | 06/15/1987 | 1 |
| Corbie, Allison Joanna | 3251 Eastchester Road Bronx, NY 10469 | 05/04/1998 | 1 |
| Corcoran, Joseph Walter | 285 Avenue C New York, NY 10009 | 06/28/1965 | 1 |
| Cordone, Laura M. | Kaye, Scholer, Fierman, Hays & Handler, LLP 425 Park Ave New York, NY 10022 | 01/26/1993 | 3 |
| Cormier, Mary Ellen | Issacson Schiowitz Korson & Solny 150 Broadway New York, NY 10028 | 01/31/2000 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Cornelius, Karen L. | Tishman Speyer Properties 520 Madison Avenue New York, NY 10022 | 04/14/1986 | 1 |
| Cornell, John William | Hill, Steadman & Simpson 85th Floor, Sears Tower 233 South Wacker Drive Chicago, IL 60606 | 12/05/1983 | ·1 |
| Corrigan, Ethan C. | 170 2nd Ave, Apt #7A New York, NY 10003 | 05/08/1989 | 1 |
| Cort, Sharon N. | Lexis-Nexis 475 Park Avenue So New York, NY 10016 | 01/18/1995 | 2 |
| Corwin, David Morris· | Choate, Hall & Stewart 53 State St, 33rd Floor Boston, MA 02109 | 08/22/1988 | 1 |
| Cosby, Nicole Frances | Anne Klein Company 11 W 42nd Street 22nd Floor Licensing New York, NY 10036 | 05/24/1999 | 1 |
| Costello, Albert Joseph, Jr. | AT&T 32 Avenue of Americas New York, NY 10013 | 10/26/1999 | 3 |
| Costello, William F. | Dillon, Read & Co. Inc. 535 Madison Avenue New York, NY 10022 | 03/22/1989 | 2 |
| Coughlin, Geraldine Patricia | New York State Supreme Court—OCA 111 Center Street New York, NY 10013 | 09/28/1988 | 2 |
| Coulton, Dixie Martha | Dixie Martha Coulton Blackstone Chambers Level 62 MLC Center Martin Place Sydney NSW 2000 Australia | 01/09/1990 | 1 |
| Coven, Glenn Ellis, Jr. | 6 Waterford Ct Williamsburg, VA 23188 | 12/12/1966 | 1 |
| Covington, Pamela Sue | 1527 Mt Eagle Place, Apt 9C Alexandria, VA 22302 | 07/12/1994 | 1 |
| Cowan, Jean | Bank Leumi Trust Co. 562 5th Ave New York, NY 10036 | 04/25/1990 | 2 |
| Coyne, Robert Franklin | Nomura Securities International 2 World Financial Center, Building B New York, NY 10281 | 03/25/1996 | 1 |
| Cragin, Susan R. | 82 Madison Ave, #1 Newton, MA 02160 | 07/28/1986 | 1 |
| Cramer, John Frederick | Fleet Boston Robertson Stephens 590 Madison Ave New York, NY 10022 | 11/24/1997 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Crane, David | Lehman Brothers 16/F 3 World Financial Center New York, NY 10285 | 04/09/1985 | 1 |
| Crane, William M. | 24 Circle Drive E Ridgefield, CT 06877 | 12/04/1950 | 1 |
| Crawford, Anne W. | 830 Park Avenue, #10B New York, NY 10021 | 04/06/1981 | 1 |
| Crawford, Charles Thompson | Charles T Crawford 1177 Avenue of the Americas, 21st Floor New York, NY 10036 | 07/07/1970 | 1 |
| Crawford, Kathryn Lee | Whittier Law School 5353 West 3rd Street Los Angeles, CA 90020 | 10/29/1990 | 1 |
| Crawford, Robin V. | Robin Crawford Heller Esq 10017 Scenic View Terrace Vienna, VA 22182 | 07/26/1982 | 1 |
| Creager, Ellen | 126 W 11th St, #2 New York, NY 10011 | 04/11/1994 | 1 |
| Creane, Deborah Schultz | Deborah Schultz Creane, Esq. 305 E. 24th Street, #7B New York, NY 10010 | 09/18/1995 | 1 |
| Crenshaw, Patricia R. | Willems & Mercado 21 East 40th Street New York, NY 10016 | 07/09/1984 | 1 |
| Crisci, Alfred P. | Alfred P Crisci Esq 360 E 55th St New York, NY 10022 | 04/05/1962 | 2 |
| Cross, Samuel S., Jr. | Kelley Drye & Warren LLP 101 Park Avenue New York, NY 10178 | 04/24/1951 | 1 |
| Crossen, Sarah Rebecca | Morrison Cohen Singer & Weinstein, LLP 750 Lexington Avenue New York, NY 10022 | 09/15/1997 | 1 |
| Cruise, Susan | Susan Cruise Voicestream Wireless Corp. 16 Wing Drive Cedar Knolls, NJ 07927 | 03/01/1993 | 1 |
| Crum, Elsie Alberta | Counsultant and Project Counsel NYC Housing Partnership 1 Battery Park Plaza, 4th FL New York, NY 10004 | 09/18/1985 | 2 |
| Crumpacker, Thomas T. | Thomas T Crumpacker 495 Redstone Blvd Redstone, CO 81623 | 04/07/1980 | 1 |
| Cruz, Maria Victoria | Maria V. Cruz 22 West 26th St, Apt 2-A New York, NY 10010 | 09/25/1989 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Cuan, Roberto | Cuan & Singh, P.C. 1341 Teaneck Rd Teaneck, NJ 07666 | 07/10/2000 | 1 |
| Cullen, Edward Geoffrey | c/o Calco Insurance Brokers & Agents P.O. Box M San Mateo, CA 94402 | 07/08/1971 | 1 |
| Cummings, Ollie Verne | New York Institute for Special Education 999 Pelham Parkway Bronx, NY 10469 | 04/13/1987 | 1 |
| Cuneo, Sandra Watson | Sandra Watson Cuneo, Esq 131 Hemlock Hill Road New Canaan, CT 06840 | 11/04/1985 | 1 |
| Cunnane, Garrett Joseph | Garrett Cunnane B.L. The Law Library Four Courts, 7 Dublin, Ireland | 09/24/1998 | 1 |
| Curley, Martha Marie | Armstrong Allen 1900 One Commerce Sq Memphis, TN 38103 | 11/25/1991 | 1 |
| Cusack, Peter | Cusack Consulting 308 E 79th St Ste 3d New York, NY 10021 | 03/30/1964 | 1 |
| Cusick, Thomas E. | Boyle, Chin & Cusick 305 Broadway, Suite 305 New York, NY 10007 | 02/09/1973 | 1 |
| D'agostino, Constance Mari | 30 East End Ave New York, NY 10028 | 07/17/1995 | 1 |
| Dahl, Enrique | Louisiana State University Paul M Hebert Law Center, 3rd Floor Baton Rouge, LA 70803 | 02/01/1983 | 1 |
| Dalessio, John G. | John Dalessio Attorney at Law 15237 Sunset Boulevard Pacific Palisades, CA 90272 | 06/29/1964 | 1 |
| Daley, Bernard Charles | Bernard C. Daley, Esq. 110 Wall St, Rm 15C New York, NY 10005 | 01/22/1990 | 1 |
| Dall, Bernard | Bernard Dall 2000 Valley Forge Circle Unit 1225 King of Prussia, PA 19406 | 12/04/1950 | 1 |
| Damji, Shaiza | Cleary, Gottlieb, Steen & Hamilton One Liberty Plaza New York, NY 10006 | 11/25/1996 | 1 |
| Danella, Brian D. | Wilson, Sonsini, Goodrich & Rosati 650 Page Mill Road Palo Alto, CA 94304 | 05/22/1995 | 1 |
| Danforth, Virginia A. | Podlofsky & Orange 130 West 30th Street, 18th Floor New York, NY 10001 | 04/29/1998 | 2 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Daniels, Samantha S. | Samantha S. Daniels, Esquire 343 E 74th St, Suite 141 New York, NY 10021 | 07/18/1994 | 1 |
| Dara, Elaine | Dunhill Croft 45 Rockefeller Plaza, 20th Floor New York, NY 10021 | 08/27/1990 | 1 |
| Darcy, John F. | Orbe Nugent & Darcy 40 West Ridgewood Ave Ridgewood, NJ 07450 | 08/02/1967 | 1 |
| D'arcy, Mary Louisa | Nugent & Fitzgerald McGroarty & McFadden 401 New Road, Suite 104 Linwood, NJ 08221 | 04/26/1993 | 1 |
| Darrigo, Patricia M. | Taylor, Ganson & Perrin LLP 160 Federal Street, 20th Floor Boston, MA 02110 | 05/04/1987 | 1 |
| D'arrigo, Jennie | Jennie D'arrigo 160 Columbus Ave New York, NY 10023 | 12/13/1989 | 2 |
| Darrow, Andrew T. | Simitar Entertainment Inc 5555 Pioneer Creek Drive Maple Plain, MN 55359 | 08/07/1995 | 1 |
| Dasilva, Morayo Atinuke | 5 Colony Drive East West Orange, NJ 07052 | 07/13/1998 | 1 |
| Datan, Merav Rodeheaver | Lawyer's Committee on Nuclear Policy 666 Broadway, Room 625 New York, NY 10012 | 08/20/1997 | 2 |
| Daukas, Louis J. | 120 Boulder Cir Glastonbury, CT 06033 | 03/22/1954 | 1 |
| Davey, Peter John | Davis Polk & Wardwell 450 Lexington Avenue New York, NY 10017 | 04/15/1996 | 1 |
| Davich, Victor N. | Victor N Davich 20 29th Ave Marina Del Rey, CA 90291 | 01/31/1977 | 1 |
| Davidoff, Jerry | Davidoff & Saxl 251 Riverside Ave Westport, CT 06880 | 06/27/1951 | 1 |
| Davis, Charles C. | US Securities and Exchange Commission 450 5th St NW Washington, DC 20549 | 04/11/1983 | 1 |
| Davis, Craig Murray | Public Payphones, Inc. 6701 Democracy Blvd, Suite 204 Bethesda, MD 20817 | 03/14/1994 | 1 |
| Davis, Kimberlee Ann | 39 Markham Street SW3 3NR London, England | 05/07/1984 | 1 |
| Davis, Laurie Alison | 1111 Bering Dr, #1002 Houston, TX 77057 | 11/10/1998 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Davis, Michael Drew | 1025 Fifth Ave, Apt 7FN New York, NY 10028 | 03/16/1988 | 2 |
| Davis, Ricky Bernard William | General Electric Capital Corporation 1600 Summer Street Stamford, CT 06905 | 08/07/1989 | 1 |
| Davis, Robin | 18 E 12th St, Apt 1B New York, NY 10003 | 08/28/1989 | 1 |
| Davis, Silas Frederick | Los Angeles County District Attorney Major Fraud Unit 320 Temple Street Suite 780 Los Angeles, CA 90012 | 04/24/1978 | 1 |
| Davis, Stephen James | Kirkland & Ellis 153 East 53rd Street New York, NY 10022 | 12/11/1995 | 1 |
| Davis, Theodore E. | 12 Laurel Trail Denville, NJ 07834 | 03/16/1981 | 1 |
| Davis, V Pamela | Lane Felcher Kurlander & Fox PC 18 E 48th Street New York, NY 10017 | 04/13/1970 | 1 |
| Davol, Samuel Bradford | The Legal Aid Society 90 Church St New York, NY 10007 | 06/06/2000 | 1 |
| Day, Charles Dara | Melito & Adolfsen P.C. 233 Broadway New York, NY 10279 | 08/10/1992 | 1 |
| Day, Robert Augustus | Exceed Communications 524 Broadway New York, NY 10012 | 05/02/1988 | 1 |
| De Cordoba, Carlos Manuel | Abitibi Consolidated Europe Avenue De'l Hippodrome, 9 Brussels Belgium | 11/21/1994 | 1 |
| De Jesus, Deborah Ann | Nasd Regulation, Inc. 125 Broad Street, 36th Floor New York, NY 10004 | 07/12/1993 | 1 |
| De Walque, Guillaume | Proxis Schaarbeeklei 728 1800 Vilvoorde, Belgium | 04/04/2000 | 1 |
| Dean, Edwin Warner | Edwin W Dean, Danskin Inc 111 West 40th St New York, NY 10018 | 06/18/1962 | 1 |
| Deane, Lyttleton Nicholas | L Nicholas Deane Esq. 515 West End Ave New York, NY 10024 | 08/12/1980 | 1 |
| Deane–Johns, Simon Joshua | Dibb Lupton Alsop 125 London Wall, EC2Y 5AE London, England | 11/18/1997 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Debate, Shelley Husen | 21 Heath Hurst Road Hampstead, NW 3 2RU London, England | 02/02/1981 | 1 |
| Deberardine, Roger E. | Aon Risk Services of New York 2 World Trade Center New York, NY 10048 | 11/04/1992 | 2 |
| Debruyne, Bieke K.G.P. | Rue De La Loi 23 Gottlieb, Steen & Hamilton Brussells, Belgium | 06/14/1999 | 1 |
| Decastro, Godfrey Rufus | 16D-17 Crystal Gade Charlotte Amalie St Thomas 00804, Virgin Islands | 06/27/1956 | 1 |
| Deegan, David John | David J Deegan 500 Park Avenue New York, NY 10022 | 03/25/1974 | 1 |
| Degaetano, Marla Ann | Law Offices of Peter F. Degaetano 488 Madison Avenue New York, NY 10022 | 11/29/1995 | 2 |
| Del Puerto, Fernando Javier | Paribas Corp. 787 Seventh Avenue New York, NY 10019 | 11/12/1997 | 2 |
| Dela Houssaye, Isabella Livaudias | Lehman Brothers Level 38, One Pacific Place 11 Pedder St., Central Queensway 88, China | 07/01/1991 | 1 |
| Delaney, John J. | Archdiocese of New York 1011 First Ave New York, NY 10022 | 11/15/1955 | 4 |
| Delulio, Donata A. | Donata Delulio 345 East 56th Street, Suite 810 New York, NY 10022 | 06/27/1969 | 1 |
| Demarest, David Cornell | Preston, Gates & Ellis One Park Plaza, Suite 740 Irvine, CA 92617 | 09/20/1977 | 1 |
| Dempsey, Dennis James | Dennis J Dempsey Esq 570 Lexington Ave FL 33rd New York, NY 10022 | 02/18/1976 | 3 |
| Dempsey, Joel Larner | Richards & O'Neil 885 3rd Avenue New York, NY 10022 | 05/04/1992 | 1 |
| Dempsey, Nancy Shaw | Richards Oneil and Allegaert 12 Hasker St London SW3 2LG, England | 05/23/1983 | 1 |
| Denney, Helen Margaret | 1112 Park Avenue, #1B New York, NY 10128 | 07/22/1991 | 1 |
| Dernberger, David Dwight | Partners In Care Visiting Infusion Care 111 Eighth Avenue New York, NY 10011 | 09/19/1994 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Desai, Akshay | The Wallace Law Registry 11 East 44th Street, Third Floor New York, NY 10017 | 09/16/1996 | 1 |
| Desai, Katherine Bates | 540 Madison Ave New York, NY 10022 | 12/12/1966 | 1 |
| Desai, Mitul Indrajit | Kenyon & Kenyon 1 Broadway New York, NY 10004 | 10/30/2000 | 1 |
| Desilva, Nilmini | 401 E 34th St, N14H New York, NY 10016 | 12/11/1995 | 1 |
| Desouza, Patrick Jude | Wilson, Sonsini, Goodrich & Rosati 650 Page Mill Road Palo Alto, CA 94304 | 03/26/1990 | 1 |
| Desruisseaux, Elia Marie | 100 Haven Avenue New York, NY 10032 | 06/26/1980 | 4 |
| Deupi, Carlos Jose | Kelley Drye & Warren 515 So Flower Street Los Angeles, CA 90046 | 12/05/1988 | 1 |
| Deutsch, Lloyd Alan | c/o Friedland Laifer & Robbins 233 Broadway New York, NY | 10/25/1956 | 1 |
| Devejian, David John | 53 West 73rd St, #2A New York, NY 10023 | 03/23/1998 | 1 |
| Devine, Lawrence Michael | Rubin Baum Levin Constant 30 Rockefeller Center, 29th Floor New York, NY 10112 | 10/29/1991 | 3 |
| Devlin, John Michael | Louisiana State University Paul M Hebert Law Center Baton Rouge, LA 70803 | 06/01/1981 | 1 |
| Devlin, Roxanna Anspach | Kidder, Peabody & Co., Inc. 10 Hanover Square, 17th Floor New York, NY 10005 | 11/30/1992 | 1 |
| Dewar, Benjamin Mays | Davis & Gilbert LLP 1740 Broadway New York, NY 10019 | 09/27/1999 | 1 |
| Dewilde, Richard | Decebel Instruments 3857 Breakwater Avenue Hayward, CA 94545 | 09/26/1977 | 1 |
| Dhaese, Christiane | Christiane D. Radano, Esq. 2270 Wheatlands Drive Manakin-Sabot, VA 23103 | 07/30/1984 | 1 |
| Di Chiara, John J. | State of NY Office of Attorney General Investor Protection and Securities Bureau-120 Broadway New York, NY 10271 | 03/01/1993 | 1 |
| Diamant, Nicole Aimee | Motor Vehicle Accident Idemnification Corp. 110 William St, 19th FL New York, NY 10038 | 04/10/2000 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Diament, Lisa Ann Zweig | Sony Music Special Products<br>22 Rebecca Lane<br>Oceanside, NY 11572 | 01/22/1992 | 3 |
| Diamond, Mark Richard | Deutsche Securities Asia Limited<br>One Pacific Place 28/F<br>88 Queensway<br>Hong Kong, China | 10/29/1990 | 1 |
| Diamond, Roberta Lynn | Infofacto<br>145 King Street, Suite 406<br>Charleston, SC 29401 | 01/07/1992 | 1 |
| Diaz, Edith | Dec Consulting<br>1601 N.W. 97th Avenue<br>P.O. Box 02516<br>Miami, FL 33102 | 07/18/1983 | 1 |
| Diaz Seise, Ruben | Law Office of Ruben Diaz Seise<br>400 Second Ave<br>New York, NY 10050 | 07/16/1979 | 1 |
| Diaz–Garza, Eric Coufal | Coufal Abogados<br>Montevideo 2695 Providencia<br>Guadalajara, 44620 Mexico | 10/31/1983 | 1 |
| Dibella, Louis John | Time Warner Sports<br>1100 Avenue of the Americas<br>New York, NY 10036 | 06/02/1986 | 1 |
| Dienstag, Matthew Eric | Matthew E Dienstag<br>411 East 57th St, Apt 6A<br>New York, NY 10022 | 02/27/1985 | 2 |
| Digennaro, Philip Richard | Teachers Ins & Annuity Assoc<br>730 Third Ave<br>New York, NY 10017 | 06/26/1971 | 2 |
| Dilascia, Andrea M. | 5 Maple Lane<br>Westport, CT 06880 | 05/08/1989 | 1 |
| Dillahunt, Michael Ray | Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | 11/21/1994 | 1 |
| Dillon, Joyce Janette | 1400 Second Avenue North, Apt 283<br>Seattle, WA 98109 | 04/07/1998 | 1 |
| Dillon, Molly D. | Shearman & Sterling<br>153 E 53rd St<br>New York, NY 10022 | 03/04/1991 | 1 |
| Dimick, Kerry Ann | 1735 York Avenue<br>Apartment 23H<br>New York, NY 10128 | 10/06/1997 | 1 |
| Diorio, Peter Christopher | Legal Aid Society-Criminal Defense Div<br>1020 Grand Concourse<br>Bronx, NY 10451 | 06/01/1992 | 1 |
| Dipierro, Gaetano | 1220 Collins Ave, Ste 220<br>Miami Beach, FL 33140 | 10/26/1998 | 1 |
| Dipilato, Dean J. | 392 Central Park West<br>New York, NY 10025 | 06/06/2000 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Diprisco, Frank Christopher | Kelley Drye & Warren LLP 101 Park Avenue New York, NY 10178 | 11/27/1996 | 2 |
| Dispoto, Mark | Bergen County Prosecutor's Office 10 Main Street Hackensack, NJ 07601 | 06/17/1996 | 1 |
| Dixon, Teal Maclure | Bronx Defenders 890 Grant Ave Bronx, NY 10451 | 01/10/2000 | 1 |
| Do, Christina Yu | SL Green Realty Corp 420 Lexington Ave New York, NY 10170 | 10/16/2000 | 1 |
| Doak, William Keff | Marvin I Barish Law Offices 615 Chestnut Street, Suite 1201 Philadelphia, PA 19106 | 09/17/1979 | 1 |
| Dodson, Timothy Rees | Nat1928 The Coca-Cola Company One Coca-Cola Plaza, NW Atlanta, GA 30313 | 06/18/1990 | 1 |
| Doherty, Dorothy Ashley | U S Dept of Justice Lands Div Env Dfnse PO Box 23986 Washington, DC 20026 | 03/29/1976 | 1 |
| Doherty, Edward Leo | Wohl & Entwistle LLP 330 Madison Avenue New York, NY 10017 | 06/15/1998 | 1 |
| Doherty, Patrick J. | Patrick J. Doherty Esq. 197 Hardwick Rd Woodside, CA 94062 | 07/07/1970 | 1 |
| Dolan, James M. | Garban Ltd. 120 Broadway New York, NY 10271 | 05/29/1996 | 2 |
| Dolmanisth, Steven John | Anderson Kill Olick & Oshinsky P.C. 1251 Avenue of the Americas, 42nd FL New York, NY 10020 | 06/06/1994 | 1 |
| Domenici, Nella L. | 1235 Park Avenue, #14C New York, NY 10128 | 07/17/1989 | 1 |
| Dominianni, Douglas Paul | Empire Blue Cross Blue Shield One World Trade Center, 28th Floor New York, NY 10048 | 02/04/1987 | 2 |
| Donahue, John Patrick, III | Dimensional Media Associates 22 W 19th St New York, NY 10011 | 12/07/1998 | 1 |
| Donahue, Timothy Bradley | Chase Securities Inc. 270 Park Avenue New York, NY 10017 | 11/16/1998 | 1 |
| Donegan, Patrick J., Jr. | Wall Street Systems, Inc. 30 Broad Street, 25th FL Clifton, NJ 10004 | 05/08/1989 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Doniger, William B. | William B Doniger Esq One Penn Plaza 250 West 34th Street, Suite 3600 New York, NY 10119 | 04/29/1992 | 2 |
| Donnelly, Peter L. | Finantia Securities 62 Cornhill London EC3V 3NH, United Kingdom | 02/10/1975 | 1 |
| Donner, Mitchell Yale | Prudential Securities Inc. 100 Gold Street New York, NY 10038 | 08/23/1995 | 2 |
| Donohue, Patrick Bernard | Friends of Pataki 355 Lexington Avenue New York, NY 10017 | 11/22/1999 | 1 |
| Donohue, Sheila Anne | NYS Div of Human Rights 55 West 125 Street New York, NY 10027 | 05/15/1978 | 1 |
| Donolli, Matthew Gerard | Edwards & Zuck, P.C. 330 West 42nd Street New York, NY 10036 | 09/20/1995 | 2 |
| Dorfman, Alexis Goldberg | 245 E 63rd St, Apt 1112 New York, NY 10021 | 05/04/1998 | 1 |
| Dorian, Mary Jan | West Services Inc 345 Madison Avenue New York, NY 10017 | 05/07/1990 | 1 |
| Dotoratos, John L. | John L Dotoratos Esq 1337 Kearney Avenue Bronx, NY 10465 | 02/23/1981 | 1 |
| Douek, Benjamin J. | Ladenburg Thalmann & Co, Inc. 590 Madison Avenue New York, NY 10022 | 12/28/1981 | 2 |
| Douglas, James Alan | Warren Gorhsm and Lamont (Riag) 395 Hudson New York, NY 10014 | 10/10/1973 | 1 |
| Douglas, Wanda Camille | Windels, Mars, Davies & Ives 120 Albany Street New Brunswick, NJ | 06/18/1984 | 1 |
| Dounn, Lonnie | Marine Midland Bank NA 140 Broadway, 3rd Floor New York, NY 10005 | 05/03/1982 | 1 |
| Dove, William Scott | Davis Polk & Wardwell 450 Lexington Avenue New York, NY 10017 | 04/12/1999 | 1 |
| Dowd, Mark K. | Schulte Roth & Zabel 919 3rd Ave New York, NY 10022 | 05/22/1995 | 1 |
| Dowling, Lauren | 54 Norfolk Rd Litchfield, CT 06759 | 02/05/1996 | 1 |
| Downing, Catherine Stewart | Downing & Mehrtens PC 233 Broadway New York, NY 10007 | 06/16/1986 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Downing, Robert James | Stuzin & Camner PA 999 Brickell Avenue Suite 400, Fourth Floor Miami, FL 33131 | 05/20/1986 | 1 |
| Doyle, Eileen V. | 235 East 95th St, 19M New York, NY 10128 | 05/27/1987 | 2 |
| Draper, Kathleen | 8701 Robinhood Circle Westerville, OH 43082 | 05/29/1982 | 1 |
| Drapkin, Jonathan Scott | NY City Council, Off of Legislative Oversight and Investigation 75 Park Place, 5th Floor New York, NY 10007 | 06/12/1985 | 2 |
| Dratfield, Paul | P.O.Box 402 S. Hadley, MA 01075 | 06/18/1984 | 1 |
| Dresdner, Cindi Lehrer | Catholic Legal Immigration Network, Inc. 1011 First Ave, Room 1285 New York, NY 10022 | 06/20/1994 | 1 |
| Druhm, Kris Woodruff | Cahill Gordon & Reindel 80 Pine Street New York, NY 10005 | 07/27/1999 | 3 |
| Drury, Arthur Starr | Arthur Starr Drury One State Street Plaza New York, NY 10004 | 09/20/1995 | 2 |
| Drysdale, George Marsman | Drysdale Enterprises 177 Bovet Road, Suite 600 San Mateo, CA 94402 | 02/23/1982 | 1 |
| Dubin, Cindy Zimmerman | Hill Wynne Troop & Meisinger 10940 Wilshire Blvd, 8th Floor Los Angeles, CA 90024 | 04/11/1988 | 1 |
| Dublirer, Michael | Office of NYC HRA Legal Affairs Adults Services Division 180 Water Street-Room 1601 New York, NY | 06/03/1985 | 1 |
| Dudine, William F. | Darby & Darby 805 Third Ave New York, NY 10022 | 11/03/1960 | 3 |
| Dudovitz, Resa L. | 300 E 78th St, Apt 2S New York, NY 10021 | 03/01/1999 | 1 |
| Duffy, Sheila Lahey | Willkie Farr & Gallagher 787 Seventh Avenue New York, NY 10019 | 11/16/1998 | 1 |
| Duggan, Michael J. | Law Office of Michael J Duggan PC 10 Toner Boulevard North Attleboro, MA 02763 | 10/07/1974 | 1 |
| Dughi, Maura Somers | Maura S Dughi 9 Roundhill Rd Scotch Plains, NJ 07076 | 01/26/1976 | 1 |

| NAME | LAST REGISTERED ADDRRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Duncan, Maeve Fitzgerald | 13 Onslow Mews West SW7 3AF London, England | 09/21/1992 | 1 |
| Duncan, Michael Troy | Anderson & Company 17 State Street, 14th Floor New York, NY 10004 | 01/23/1995 | 1 |
| Dupuis, Gerard A. | Gerard A Dupuis Esq 420 Lexington Ave, Suite #2025 New York, NY 10170 | 12/12/1966 | 1 |
| Durant Des Aulnois, Sylvie Marie | Durant Des Aulnois, Solus, Pisani Thabeault & Notaires Assoc 10 Rue Du Cirque, 75008 Paris, France | 06/18/1984 | 1 |
| Durden, Edmund Nelson | Mony Life Insurance Company 1740 Broadway New York, NY 10019 | 07/12/1999 | 1 |
| Durst, Carolyn Cole | Nesenoff & Miltenbert, L.L.P. 245 Fifth Avenue, Ninth Floor New York, NY 10016 | 03/12/1997 | 2 |
| Dutaret, Jean–Louis | Clausen Miller 100 Maiden Lane New York, NY 10038 | 01/14/1982 | 3 |
| Dweck, Patricia | Shearman & Sterling 153 East 53rd Street New York, NY 10022 | 03/23/1992 | 1 |
| Dygert, Jerry Glenn | Dygert Law Office 5056 Colfax Avenue South Minneapolis, MN 55419 | 03/28/1966 | 1 |
| Dzurenko, Frank Michael | Frank M Dzurenko 175 Seventh Avenue New York, NY 10011 | 06/21/1982 | 1 |